Exhibit "A"

CooverClark etegra

# JOINT VENTURE AGREEMENT

Between

**ETEGRA, INC.**

And

**COOVER-CLARK & ASSOCIATES, INC.**

Trading in the form of an unpopulated joint venture as a separate legal entity

**ETEGRA-COOVERCLARK JV 1**

(the "Joint Venture")

THIS JOINT VENTURE AGREEMENT ("Agreement") is entered into between **ETEGRA, INC.**, ("***ETEGRA***"), a Missouri Corporation, located at 1121 Olivette Executive Parkway, Suite 100, Olivette, MO, 63132 and *Coover-Clark & Associates Inc.* ("*CooverClark*"), a *Colorado Corporation* located at 1936 Market Street, Denver, CO, 80202, as of this 17 day of July, 2019. **ETEGRA**, and **CooverClark** are hereinafter sometimes referred to individually as a "Venturer" and collectively as the "Venturers."

WHEREAS**, ETEGRA** is a small business certified in the SBA's Section 8(a) Business Development Program with experience in managing contracts for the **U.S. Air Force Civil Engineer Center** and specializing in Engineering;

WHEREAS, **CooverClark** is a woman –owned small business under NAICS codes 541310, 541320, 541330, 541410, 541490, and brings complementary Architecture, Landscape Architecture, Engineering, Interior Design, and other specialized design services, with a maximum size standard of **$15,000,000.**

WHEREAS, **CooverClark** has the capacity and capabilities to team with **ETEGRA** in the performance of federal contracting requirements and otherwise qualifies as a joint venture partner;

WHEREAS, **ETEGRA** has experience in managing contracts for the **U.S. Air Force Civil Engineer Center** and **CooverClark** has experience in managing contracts for the **U.S. Air Force** and provides extensive MILCON experience and capacity to allow the Joint Venture to submit a competitive bid for the Solicitation under the NACIS for the procurement, 541330.

WHEREAS, **ETEGRA** and **CooverClark** desire to form a joint venture, pursuant to 13 C.F.R. Section 124.513, to compete for the Solicitation, and otherwise potentially to bid on and to perform, if awarded, other similar contract opportunities, in accordance with applicable SBA regulations as in effect as of the date hereof and as may be enacted hereinafter; and

WHEREAS, the Joint Venture is fair, equitable, and of substantial benefit to both **CooverClark and ETEGRA** because the experience and past performance each will gain in the successful performance of the project to be awarded under the Solicitation .

WHEREAS, the Venturers do not have a Mentor-Protégé Agreement approved by the United States Small Business Administration ("SBA"), but both Venturers are small businesses under the NAICS code applicable to the Solicitation, and they meet all other requirements to form the Joint Venture.

NOW, THEREFORE, in consideration of these mutual covenants and conditions, **ETEGRA** and **CooverClark** do therefore mutually agree that the two companies have complementary capabilities and that each can benefit from the establishment of the Joint Venture according to the following terms and conditions.

1. <u>Purpose</u>

The purpose of this Joint Venture is to bid upon the Solicitation issued by the Client and, if successful, to provide [design services] for the base period and options exercised under the Contract. The Solicitation is attached hereto as **Appendix A**.

2. <u>Responsibilities of the Parties</u>

The responsibilities of the parties with regard to negotiation of the Contract, source of labor, and Contract performance, including ways that the parties to the Joint Venture will ensure that the Joint Venture and the 8(a) partner to the Joint Venture will meet the performance of work requirements are set forth below. This Agreement represents the intent of the parties with regard to performance of the Joint Venture entity.

3. <u>Managing Venturer</u>

**ETEGRA** is the Managing Venturer of the Joint Venture

3.1 **Program Manager**

**Thandav (RT) Murthy, PE,** an employee of the Managing Venturer, is the Project Manager of this Joint Venture. The Project Manager has never been an employee of the Partner Venturer. He is responsible for performance of the Contract, reporting to and implementing the instructions of the Managing Venturer.

4. <u>Partner Venturer</u>

**CooverClark** is the Partner Venturer of the Joint Venture.

4.1 **Architecture Program Manager**

**Carol Coover Clark, AIA, NCARB, NCIDQ, DBIA,** as an employee of the Partner Venturer of this Joint Venture. She is responsible for performance, reporting and implementation of the Partner Venturer tasks.

5. <u>Ownership Interest</u>

The Managing Venturer, **ETEGRA** has an ownership interest of fifty percent (50%) in the Joint Venture. The Partner Venturer, **CooverClark** has an ownership interest of fifty percent (50%) in the Joint Venture.

6. <u>Net Profit/Losses</u>

The net operating income and net operating loss of the Joint Venture shall be allocated between and shared by the Venturers in amounts commensurate with the work performed by that Venturer.

7. <u>Bank Account</u>

The operating account will be at **Enterprise Bank and Trust**, located at **1281 N. Warson Road, Olivette, MO 63132**. The operating account will be established in the name of the Joint Venture, **Etegra- CooverClark JV 1 LLC**. All receipts of the Joint Venture will be deposited into its operating account. All expenses incurred under the Contract will be paid from its operating account. All withdrawals from the operating account will require two (2) signatures, one from a representative of each of the Venturers. Each of the Venturers will designate in writing the person or persons who may sign on its behalf.

8. **Major Equipment, Facilities, and Other Resources**

Upon award of the Contract, Etegra and CooverClark anticipate providing the following equipment, facilities, and other resources to the Joint Venture in performance of the Contract. See 13 C.F.R. § 125.18(b)(2)(vi).

Refer to **Appendix B** for this information.

**Contract Performance**

All Venturers are obligated to ensure performance of the Contract and to complete performance despite the withdrawal of any member. See 13 C.F.R. § 125.18(b)(2)(viii). If any Partner withdraws from this Agreement, including the Managing Venturer, the remaining Partner may replace the withdrawn Partner, subject to the Client's approval of the replacement Partner, if required.

9. **Ensured Performance**

Each of the Venturers individually agrees to ensure performance of the Contract and to complete performance despite the withdrawal of any member.

10. **Accounting and Administrative Records**

Accounting and other administrative records relating to the Joint Venture will be kept in the offices of the Managing Venturer, unless written approval to keep them elsewhere is granted by the SBA District Director or his/her designee upon written request.

11. **Final Original Records**

Upon completion of the Contract, the final records of the Joint Venture will be retained by the Managing Venturer.

12. **Quarterly Financial Statements**

Quarterly financial statements showing cumulative Contract receipts and expenditures (including salaries of the Joint Venture's principals) will be submitted to SBA no later than forty-five (45) days after each operating quarter of the Joint Venture.

13. **Project-End Profit and Loss Statement**

A project-end profit and loss statement, including a statement of final profit distribution, will be submitted to SBA no later than ninety (90) days after completion of the Contract.

14. **Performance of Work**

For any 8(a) Contract, including those between mentors and protégés authorized by 13 C.F.R. Section 124.520, the Joint Venture must perform the applicable percentage of work required by 13 C.F.R. Section 124.510. As such, the performance of work will be as follows:

The Managing Venturer will perform managing, design, implementation and construction administration of **Engineering Services, Real Property planning, and provide project managers for all site civil tasks.** The Partner Venturer will provide managing design and construction administration of **all Architecture, historic preservation architecture, programming, planning, interior design (SID and CID), LEED/sustainability, scheduling tasks, along with providing MILCON, SRM, aviation and housing specialists, and provide project managers for each building task.**

The Joint Venture shall perform eighty percent (80%) of the Contract. The Managing Venturer and the Partner Venturer will each perform at least forty percent (40%) of the work performed by the Joint Venture.

15. **Contract Execution**

**15.1.1** The client will execute the Contract in the name of **ETEGRA** and **CooverClark** trading as **Etegra- CooverClark JV 1 LLC**. Prior to the start of Contract performance, the Managing Venturer shall submit to SBA and the Client's contracting officer a certificate, in the form attached hereto as **Appendix C**, certifying that (i) this Agreement is fully compliant with 13 C.F.R. § 124.513 and (ii) the Venturers will perform the Contract in compliance with this Agreement and the performance of work requirements set forth in 13 C.F.R. § 124.513(d).

**15.2** If required, during performance of the Contract, the Managing Venturer shall submit annual reports to SBA, signed by each Venturer to explain and certify how the performance of work requirements set forth herein have been met during each year of the Contract.

**15.3** If required, each Contract performed by the Joint Venture, the Managing Venturer shall submit a project end report, signed by each Venturer to (i) explain and certify how the applicable performance of work requirements have been met for the Contract and (ii) confirm that the Contract was performed in accordance with this Agreement.

16. **Amendments to the Agreement**

All amendments to this Agreement shall be in writing executed by both parties hereto and must be submitted to and approved by SBA.

17. **Inspection of Records**

SBA may inspect the records of the Joint Venture without notice at any time deemed necessary.

18. **Mediation**

If any controversy or claim arising out of this Agreement cannot be agreed upon by the Venturers, the controversy or claim shall be settled in mediation in accordance with the following:

**18.1** The controversy or claim shall be resolved by a mediator of the American Arbitration Association.

**18.2** The mediator shall decide, resolve, and determine the claim or controversy. The written decision of the mediator shall be final and conclusive upon the Venturers. Judgment on such decision may be entered in the highest court or forum having jurisdiction.

**18.3** While the mediation proceeding is pending, work on said contract will continue without interruption until completion.

19. **Other Provisions**

A copy of the Joint Venture Operating Agreement for **Etegra-CCA JV 1, LLC,** is available upon request.

IN WITNESS WHEREOF, the following authorized representatives of the Managing Venturer and the Partner Venturer have executed this Agreement.

**ETEGRA, INC.**

**Kenneth Hinrichsen**
Executive Vice President, Operations

08/08/2019
**Date**

**Federal Tax I.D. Number**

**Designated Type of Organization:**

( X ) Corporation S-Corporation
(  ) Partnership
(  ) Sole Proprietorship

**Coover Clark & Associates, Inc.**

**Carol Coover Clark, AIA, NCARB, NCIDQ, DBIA,** President

08/08/2019
**Date**

**Federal Tax I.D. Number**

**Designated Type of Organization:**

( X ) Corporation S-Corporation
(  ) Partnership
(  ) Sole Proprietorship

CooverClark etegra

## APPENDIX A

INSERT SOLICITATION

CooverClark etegra

## APPENDIX B

**Facilities, Equipment and Employee Resourcing Plan:**

The parties hereby offer all resourcing to ensure adequate performance on each project in the form of employees, facilities and equipment. The parties may agree to alternative arrangements as needed on a mutually agreed upon basis as documented in the JV agreement and in the response to price proposal for each project. Since the contracts being pursued by this JV are IDIQs and the scopes of individual projects are unknown, a general description of the anticipated major equipment, facilities, and other resources to be furnished by each party to the joint venture are provided below, without a detailed schedule of cost or value of each.

**Etegra**

*Facilities*: Etegra has three offices in St Louis, MO; Dallas, TX and San Antonio, TX with over 20,000 SF of office space. Additional office space will be acquired as dictated by the project.

*Equipment*: Typical equipment for use include computers, network, printers, copiers, etc. Additional equipment will be provided as needed by each project.

*Software*: Etegra has a full suite of licensed software to include: AutoCAD, Civil3D, Autodesk BIM360, Revit, GeoPak, MicroStation, SpecsIntact, MS Project, Primavera, BlueBeam Revu, MS Office, Adobe Acrobat, Photoshop, etc. Additional software as required by each project will be acquired as necessary.

*Personnel*: Etegra has more than 60 personnel that can be utilized to perform work for this JV. They include licensed and registered professionals in the areas of architecture, MEP (Mechanical, Electrical, and Plumbing) engineering, CAD (computer-aided drafting), construction observers/quality control personnel, clerical support, specifications writer(s), etc.

**CooverClark**

*Facilities*: CooverClark has one office in Denver, CO, with over 10,000 SF of office space. Additional office space will be acquired as dictated by the project.

*Equipment*: Typical equipment for use include computers, network, printers, copiers, etc. Additional equipment will be provided as needed by each project.

*Software*: CooverClark has a full suite of licensed software to include: AutoCAD, Autodesk BIM360, Revit, SpecsIntact, MS Project, BlueBeam, MS Office, Adobe Acrobat, Photoshop, etc. Additional software as required by each project will be acquired as necessary.

*Personnel*: CooverClark has more than 30 personnel that can be utilized to perform work for this JV. They include licensed and registered professionals in the areas of architecture, planning, interior design, Sustainability/LEED, landscape architecture, CAD (computer-aided drafting), construction observers/quality control personnel, clerical support, specifications writer(s), etc.

CooverClark etegra

## APPENDIX C

**Joint Venture Certification of Compliance with 13 CFR §125.8 and §125.9**

Agency: ___________________________________________

Contract: __________________________________________

We, partners to _____________, the joint venture, submit this written certification to the U.S. Small Business Administration, pursuant to 13 CFR § 125.8, and state as follows:

(1) The parties have entered into a Mentor-Protégé Agreement pursuant to 13 CFR §125.9, which has been approved by the U.S. Small Business Administration.
(2) The parties have entered into a joint venture agreement that fully complies with paragraph (b) of 13 CFR §125.8; and
(3) The parties will perform the contract in compliance with the joint venture agreement and with the performance of work requirements set forth in paragraph (c) of 13 CFR §125.8.

Signed by the authorized officials for each joint venture partner:

_________________________

[Name], [Title]

[Name of Small Business Partner to JV]

[Dated: __________________]

_________________________

[Name], [Title]

[Name of Other Partner to ____ JV]

[Dated: __________________]

[Instructions: Prior to performance of any contract set aside or reserved for small business, the small business partner to the mentor-protégé joint venture must submit this written certification to the contracting officer and to SBA. For SBA, email the certification to asmppjvreporting@sba.gov.]