Exhibit "C"

CooverClark
1936 Market Street
Denver, CO 80202
P 303.783.0040 F 303.783.0060

ARCHITECTURE
PLANNING
LANDSCAPES
INTERIORS

Etegra-CooverClark JVT LLC
1121 Olivette EXEC PKWY STE 100
Olivette, MO 63132

Invoice number 202210-007
Date 09/05/2025

Project **202210 USACE LDL PETERSON SFB BLDG. 207**

Professional Services Through September 05 2025

| Description | | Contract Amount | Percent Complete | Total Billed | Prior Billed | Current Billed |
|---|---|---|---|---|---|---|
| **ADDITION** | | | | | | |
| **BASE AE SERVICES** | | 519,892.85 | 99.98 | 519,792.90 | 514,693.92 | 5,098.98 |
| **RENOVATION** | | | | | | |
| **BASE AE SERVICES** | | 474,209.27 | 99.98 | 474,109.27 | 469,467.18 | 4,642.09 |
| | | 24,547.83 | 100.00 | 24,547.83 | 24,547.83 | 0.00 |
| | | 25,575.13 | 0.00 | 0.00 | 0.00 | 0.00 |
| **RETAINAGE.** | | 0.00 | 0.00 | 0.00 | -54,870.90 | 54,870.90 |
| | Total | 1,044,225.08 | 97.53 | 1,018,450.00 | 953,838.03 | 64,611.97 |

| | |
|---|---|
| Invoice subtotal | 9,741.07 |
| Invoice adjustment | 54,870.90 |
| Invoice total | **64,611.97** |

*Accounts unpaid 30 days after the invoice date are subject to a monthly service charge of 1.5% of the unpaid balance (18% annually). In the event any portion or all of the account remains unpaid 90 days after billing, the client shall pay all costs of collection, including reasonable attorney fees.*