Exhibit "D"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

In re:

ETERGRA, INC.,

Case No. 25-24345-EPK
Chapter 11

Debtor. /

**DECLARATION OF CHARLES DAVID CLARK OF COOVER-CLARK ASSOCIATES, INC. IN SUPPORT OF COOVER-CLARK'S MOTION TO STRIKE TO CORRECT DEBTOR'S SCHEDULES, MOTION TO TURN OVER NON-ESTATE JOINT VENTURE PROCEEDS, AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

COUNTY OF ADAMS )
STATE OF COLORADO )

I, Charles David Clark, hereby declare and state as follows:

1. I am over eighteen (18) years and am a resident of Adams County, Colorado.

2. I have personal knowledge of the matters set forth herein and am otherwise competent to make this Declaration[1].

3. My name is Charles David Clark and at all times material hereto, I am a principal and co-owner of Coover-Clark Associates, Inc. ("Coover-Clark").

4. I have personal knowledge of Coover-Clark's books and business records.

5. I hereby certify that the facts therein the Coover-Clark's Motion To Strike To Correct Debtor's Schedules, Motion To Turn Over Non-Estate Joint Venture Proceeds, And Motion For Relief From The Automatic Stay (the "Motion") are true and correct.

6. Per the Joint Venture Agreement attached as Exhibit "A" in the Motion, Coover-Clark owns 50% and the Debtor owns 50% of Etergra-CooverClark JV1, LLC.

[1] Terms that are Capitalized are defined in the Motion.

7. Although the Operating Agreement, attached as Exhibit "B" in the Motion, references 51% (Debtor) and 49% (Coover-Clark) between the parties, this is a scrivener error. Furthermore, the Operating Agreement states in paragraph 1.2 that if there is a conflict or ambiguity between the Operating Agreement and Joint Venture agreement, the Joint Venture Agreement shall prevail over the Operating Agreement.

8. Debtor does not hold a majority, controlling, or unilateral interest in the Joint Venture.

9. The schedules do not accurately reflect Debtor's ownership interest in the Joint Venture.

10. The invoice attached to the Motion as Exhibit "C" is true and correct, the amount of $64,611.97 invoice which should have been paid to the Joint Venture.

11. The $64,611.97 is Joint Venture property.

12. All attachments to the Motion are true and accurate copies of the original documents.

**I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. §1746.**

Executed on this 3rd day of February 2026

COOVER-CLARK ASSOCIATES, INC.

By: CHARLES DAVID CLARK
As: Principal