**ORDERED in the Southern District of Florida on July 20, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE: CASE NO.: 25-24345-EPK
CHAPTER 11

ETEGRA, INC.,
Debtor.
_______________________________/

**ORDER GRANTING DEBTOR'S MOTION TO CONTINUE CONFIRMATION HEARING AND EXTEND RELATED DEADLINES**

**THIS MATTER** came before the Court on upon Debtor's Motion to Continue Confirmation Hearing and Extend Related Deadlines [Dkt. No. 86] and the Court having reviewed the file and the Motion, and being otherwise duly advised in the premises, it is

**ORDERED** that

1. Debtor's Motion [Dkt. No. 86] is **GRANTED**.

2. The hearing on confirmation of the Amended Plan of Reorganization and final

approval of the Disclosure Statement be continued to September 9, 2026 at 2:00 pm at **1515 N. Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, FL 33401**.

3. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

https://zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

3. The Debtor shall upload a separate LF-64CZ resetting the confirmation hearing.

###

**Submitted by:**
Dana Kaplan, Esquire
Kelley Kaplan Delaney & Eller, PLLC
1665 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
E-mail: bankruptcy@kelleylawoffice.com

**Copies furnished to:**

*DANA KAPLAN, ESQ., is directed to serve copies of this order on all interested parties and file a Certificate of Service.*