**ORDERED in the Southern District of Florida on July 20, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE: CASE NO.: 25-24345 EPK
ETEGRA, INC., CHAPTER 11

Debtor.
_______________________________________/

**ORDER (I) CONDITIONALLY APPROVING AMENDED DISCLOSURE STATEMENT; (II) SETTING HEARING ON FINAL APPROVAL OF AMENDED DISCLOSURE STATEMENT AND CONFIRMATION OF AMENDED PLAN; (III) SETTING HEARING ON FEE APPLICATIONS; (IV) SETTING VARIOUS DEADLINES; AND (V) DESCRIBING PLAN PROPONENT'S OBLIGATIONS**

On **July 16, 2026**, ETEGRA, INC, (the "plan proponent") filed an amended disclosure statement[1] in connection with its amended chapter 11 plan[2]. The plan proponent seeks conditional approval of the disclosure statement under 11 U.S.C. § 105(d)(2)(B)(vi).[3] The plan proponent also requests that the Court set a hearing to consider final approval of the disclosure statement, confirmation of the plan (the "confirmation hearing"), and any timely filed fee applications, and to establish deadlines and requirements relating to confirmation consistent with the Bankruptcy

---

[1] Dkt. No. 82.
[2] Dkt. No. 81.
[3] Dkt. No. 86.

Code, Federal Rules of Bankruptcy Procedure, and Local Rules of this Court. Therefore, it is

**ORDERED, and NOTICE IS GIVEN**, that:

**1.** **Conditional Approval of Disclosure Statement.** The disclosure statement is conditionally approved.

**2.** **Confirmation Hearing.** The Court will conduct the confirmation hearing and consider final approval of the disclosure statement and approval of timely-filed fee applications, subject to the following deadlines and requirements, as follows:

| | |
|---|---|
| Date: | **September 9, 2026** |
| Time: | **2:00 p.m.** |
| Location: | **The Flagler Waterview Building,<br>1515 N Flagler Dr Room 801 Courtroom B,<br>West Palm Beach, FL 33401** |

The following checked provision(s) apply to the confirmation hearing:

**[ ]** **All individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or unrepresented individuals participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 7.B. below, all witnesses must also appear in person at the confirmation hearing.**

**[X]** **If confirmation is contested by any party in interest, all individual debtors or a representative of any non-individual debtor(s), counsel for the debtor(s), and any attorneys or unrepresented individuals participating in the presentation of evidence must appear in person at the confirmation hearing. Subject to paragraph 7.B. below, all witnesses must also appear in person at the confirmation hearing.**

Counsel must also review the presiding judge's page on the Court's website to verify any other requirements for confirmation hearings before that judge.

All other interested parties may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before

the date of the hearing. To register, click on or manually enter the following registration link in a browser:

https://www.zoomgov.com/meeting/register/vJIsduGsrTouGn7Udkhqe_ZF90qPJ3uM95E

The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing.

3. **Deadlines.** The following deadlines apply with respect to the confirmation hearing and hearing on fee applications:

| **Deadline for:** | **Date:** |
|---|---|
| **Serving This Order, Disclosure Statement, Plan, and Ballots** | July 27, 2026 |
| **Filing and Serving Fee Applications** | August 17, 2026 |
| **Filing and Serving Notice Summarizing All Fee Applications** | August 19, 2026 |
| **Filing Ballots Accepting or Rejecting Plan** | August 26, 2026 |
| **Filing Objections to Final Approval of Disclosure Statement** | August 26, 2026 |
| **Filing Objections to Confirmation** | August 26, 2026 |
| **Filing Motions Under Fed. R. Civ. P. 43(a)** | September 2, 2026 |
| **Filing Local Form *Chapter 11 Ballot Tabulation and Confirmation Certificate*** | September 4, 2026 |
| **Filing Confirmation Affidavit or Declaration** | September 4, 2026 |
| **Filing Exhibit Register and Uploading Exhibits** | September 4, 2026 |
| **Filing Local Form *Individual Chapter 11 Debtor's Confirmation Certificate Regarding Payment of Domestic Support Obligations and Filing of Requested Tax Documents*** (individual cases only) | September 4, 2026 |

4. **Plan Proponent's Obligations.**

**A. Sending the Plan and Related Documents.** By the deadline listed above for *Serving This Order, Disclosure Statement, Plan, and Ballots*, the plan proponent must:

**(1)** serve on the debtor, the trustee, the United States trustee, all creditors, all indenture trustees, and all equity security holders, as required by Fed. R. Bankr. P. 2002 and 3017:

**(a)** a copy of this order;

**(b)** the conditionally approved disclosure statement; and

**(c)** the plan; and

**(2)** serve on all creditors and equity security holders entitled to vote on the plan a ballot for accepting or rejecting the plan (Official Form 314).

**B.** **Plan Injunction.** If, under the plan, an entity that is not a creditor or equity security holder is subject to an injunction against conduct not otherwise enjoined by the Bankruptcy Code, the plan proponent must also, by the deadline listed above for *Serving This Order, Disclosure Statement, Plan, and Ballots*, serve on those entities against whom the plan proponent seeks an injunction, as required by Fed. R. Bankr. P. 3017(f):

**(1)** a copy of this order;

**(2)** the conditionally approved disclosure statement; and

**(3)** the plan.

**C.** **Notice of Fee Applications.** By the deadline listed above for *Filing and Serving Notice Summarizing All Fee Applications*, the plan proponent must prepare, file, and serve on the debtor, the trustee, the United States trustee, all creditors, and all indenture trustees, a notice summarizing all timely filed fee applications, as required by Fed. R. Bankr. P. 2002(a)(6). As required by Fed. R. Bankr. P. 2002(c)(2), the notice must identify the name of and the amount sought by each applicant.

**D.** **Ballot Tabulation and Confirmation Certificate.** By the deadline listed above for *Filing Local Form Chapter 11 Ballot Tabulation and Confirmation Certificate*, the plan proponent must file local form *Chapter 11 Ballot Tabulation and Confirmation Certificate.*

**E.** **Confirmation Affidavit or Declaration.** By the deadline listed above for *Filing Confirmation Affidavit or Declaration*, the plan proponent must file an affidavit or declaration setting forth the facts on which the plan proponent relies to establish each applicable requirement of 11 U.S.C. § 1129. The affidavit or declaration should be prepared so that by reading it, the Court can easily understand the significant terms of the plan and other material facts relating to confirmation. The individual executing the affidavit or declaration must be present at the confirmation hearing, either in person if the Court requires the plan proponent and its counsel to attend the confirmation hearing in person, or

via Zoom if the Court permits remote attendance at the confirmation hearing.

**F.** **Individual Cases.** In individual cases the plan proponent must file local form *Individual Chapter 11 Debtor's Confirmation Certificate Regarding Payment of Domestic Support Obligations and Filing of Requested Tax Documents* by the deadline listed above for *Filing Local Form Individual Chapter 11 Debtor's Confirmation Certificate Regarding Payment of Domestic Support Obligations and Filing of Requested Tax Documents*.

**G.** **Certificate of Service.** The plan proponent must file a certificate of service, as required by Local Rule 9036-2, of this order and any other document required to be served by this order.

**5.** **Notice to Creditors Whose Claim Has Been Objected To.** If you receive a ballot but your entire claim has been objected to, you will not have the right to vote until the objection is resolved, unless you request an order under Fed. R. Bankr. P. 3018(a)(4) temporarily allowing your claim for voting purposes.

**6.** **Fee Applications.**

**A.** **Filing and Service.** To be considered at the confirmation hearing, an application for compensation under Fed. R. Bankr. P. 2016 must, by the deadline listed above for *Filing and Serving Fee Applications*, be filed and served on:

**(1)** the debtor;

**(2)** the plan proponent (if other than the debtor);

**(3)** all committees that have been appointed;

**(4)** any chapter 11 trustee or examiner that has been appointed; and

**(5)** the United States trustee.

**B.** **Estimated Time and Supplements.** If an applicant for final compensation seeks compensation for additional time and expenses to be incurred from the end of the application period through confirmation, the application must include a good faith estimate of additional time and expenses expected to be incurred. An application that includes an estimate of additional time and

expenses must file a supplement before the confirmation hearing with documentation supporting the estimated time and expenses.

7. **Evidence.**

A. **Exhibits and Exhibit Registers.** The confirmation hearing is an evidentiary hearing even when confirmation is uncontested.[4] Therefore, the plan proponent and any objecting party, if applicable, must file with the Court an *Exhibit Register* and upload any exhibits the plan proponent or objecting party intends to introduce into evidence at the confirmation hearing pursuant to Local Rule 9017-1, by the deadline listed above for *Filing Exhibit Register and Uploading Exhibits*.[5] Notwithstanding Local Rule 9017-1(a)(3), however, any objection to the admissibility of any exhibit for the confirmation hearing need not be filed in advance and instead may be raised for the first time at the confirmation hearing.

B. **Remote Witness Testimony.** Any party wishing to present remote witness testimony must file by the deadline listed above for *Filing Motions Under Fed. R. Civ. P. 43(a)*, a motion under Federal Rule of Civil Procedure 43(a), made applicable here by Fed. R. Bankr. P. 9017, setting forth the good cause, compelling circumstances, and appropriate safeguards in place for the Court to permit remote witness testimony.

8. **Sanctions, Dismissal, or Conversion.** If the plan proponent does not timely comply with any of the requirements of this order, the Court may impose sanctions at the confirmation hearing without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan. The Court will also consider dismissal or conversion at the confirmation hearing at the request of any party in interest or on the Court's own motion.

###

**Submitted by:**
Dana Kaplan, Esquire
Kelley Kaplan Delaney & Eller, PLLC
1555 Palm Beach Lakes Blvd., Suite 1000

[4] Under Fed. R. Bankr. P. 3020(b)(3), if no objection is timely filed, the court may, without receiving evidence, determine that the plan was proposed in good faith and not by any means forbidden by law.
[5] Exhibit registers should include the final plan as it was served, the final disclosure statement as it was served, the confirmation affidavit or declaration, the ballot tabulation and confirmation certificate, the certificate of service of the solicitation package, LF-71 (individual cases only), and, if applicable, projections, and the liquidation analysis.

West Palm Beach, FL 33401
Tel. No. (561) 491-1200, Fax No. (561) 684-3773
e-mail: bankruptcy@kelleylawoffice.com

---

**Copies furnished to:**

*Dana Kaplan, Esq., is directed to serve copies of this order on the parties listed on the attached mail list and file a Certificate of Service.*