**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE: CASE NO.: 25-24345 EPK
CHAPTER 11

ETEGRA, INC.,
Debtor.
______________________________/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**
***TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]***

*The plan filed by* **ETEGRA, INC.** *on* ***June 2, 2026*** *can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.*

*This ballot is for creditor (insert name)* CooverClark & Associates, Inc., a Colorado Corporation, *for the following type of claim placed in the indicated class in the indicated amount:*

| *TYPE OF CLAIM* | *CLASS IN PLAN* | *AMOUNT OF CLAIM* |
|---|---|---|
| ☐ General Secured | | $ |
| ☒ General Unsecured | Class Four | $ 64,611.97 |
| ☐ Bond Holder | | Amount of Bond/debenture $ ______ |
| ☐ Equity Security Holder | | Number of Shares of Stock ______ |

The undersigned [Check One Box] ☐ Accepts ☒ Rejects

the plan for reorganization of the above-named debtor.

Signed: ______________________ Attorney for Creditor

Print Name: Michael A. Kaufman

Address: 1615 Forum Place, Suite 200, West Palm Beach, FL 33401

Phone: 561-478-2878

Date: July 21, 2026

**★★★FILE THIS BALLOT ON OR BEFORE July 22, 2026★★★**

with: Clerk of Bankruptcy Court
☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☑ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**