**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE: CASE NO.: 25-24345-EPK

ETEGRA, INC., CHAPTER 11

Debtor.
_____________________________________/

**UNITED STATES OF AMERICA'S**
**OBJECTION TO CONFIRMATION**

The United States of America, by and through its undersigned Assistant United States Attorney, on behalf of the Small Business Administration ("SBA"), hereby objects to confirmation of the Debtor's *First Amended Plan of Reorganization* (the "Plan") [D.E. 81] and in support thereof states as follows:

1. On December 4, 2025 (the "Petition Date"), Etegra, Inc., (the "Debtor") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

2. On January 26, 2026, the SBA filed proof of claim 5-1 (the "Claim") setting forth a secured priority claim in the amount of $436,230.97 and an unsecured claim in the amount of $1,570,767.15. In addition, the SBA attached a copy of its Note, Security Agreement, 1st and 2nd Modification of Note, Amended Security Agreement, Guarantee, and UCC filed on January 13, 2021, and November 11, 2025, as proof of the SBA liens against the Debtor's property.

3. On July 16, 2026, the Debtor filed the Plan of Reorganization.

4. The SBA does not consent to the treatment of its secured claim as proposed in the Debtor's Plan because the monthly installments reflect the amount of $7,980.51 which in fact should be the amount of $7,984.74. Plan does not adequately provide for full payment in full of

the SBA' secured claim under the Bankruptcy Code. Also, the Debtor's Plan fails to include and provide for SBA's unsecured claim in class five.

5. The Debtor has failed to propose a confirmable plan under section 1129(a) and therefore, Plan cannot be confirmed.

**WHEREFORE**, the United States of America respectfully requests that the Court enter an Order: (i) denying confirmation of the Debtor's Plan; (ii) requiring the Debtor to file a plan that conforms to the Claim as required by the Bankruptcy Code; and (iii) providing for such further relief as this Court deems just and proper.

Respectfully submitted,

**JASON A. REDING QUIÑONES**
**UNITED STATES ATTORNEY**

By: */s/Christian Somodevilla*
CHRISTIAN SOMODEVILLA
Assistant United States Attorney
Florida Bar No. 59539
Christian.Somodevilla@usdoj.gov
99 N.E. 4th Street, Suite 300
Miami, Florida 33132
Telephone: (305) 961-9092
Facsimile: (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Christian Somodevilla*
CHRISTIAN SOMODEVILLA

## Service List

**VIA CM/ECF Notice:**

**25-24345-EPK Notice will be electronically mailed to:**

Heidi A Feinman Heidi.A.Feinman@usdoj.gov

Dana L Kaplan dana@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com

Michael A Kaufman eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com

Craig I Kelley craig@kelleylawoffice.com,
bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com

Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

Christian Somodevilla on behalf of Creditor United States of America, Small Business Administration
Christian.Somodevilla @usdoj.gov, Shannon.Patterson@usdoj.gov, Bridgett.Moore@usdoj.gov