**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE: CASE NO.: 25-24345-EPK
CHAPTER 11

ETEGRA, INC.,
Debtor.
_______________________________/

**NOTICE OF OBJECTION TO CLAIM**

ETEGRA, INC. has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| | | |
|---|---|---|
| **Miami Division:**<br>United States Bankruptcy Court<br>Southern District of Florida<br>C. Clyde Atkins United States Courthouse<br>301 North Miami Avenue, Room 150<br>Miami, Florida 33128 | **Fort Lauderdale Division:**<br>United States Bankruptcy Court<br>Southern District of Florida<br>United States Courthouse<br>299 East Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | **West Palm Beach Division:**<br>United States Bankruptcy Court<br>Southern District of Florida<br>Flagler Waterview Building<br>1515 North Flagler Drive, Suite 801<br>West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining**

**the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

**Objection to Claim Number 8 – Scheduled Claim**

ETEGRA, INC. objects to the Claim #8 of Andrew Kishna, for the following reasons:

> Andrew Kishna is a minority shareholder who sold his larger interest in the Debtor to the current owner. Andrew Kishna filed a claim for $9,122,069.16 without any supporting documentation other than a Statement of Claim documenting how or why he determined these monies are owed. The Debtor disputes that any money is due.

ETEGRA, INC. requests that the Court strike the claim in its entirety.

Dated: August 10, 2026

KELLEY KAPLAN
DELANEY & ELLER, PLLC
Attorneys for the Debtor in Possession
1555 Palm Beach Lakes Blvd.
Ste 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
Facsimile (561) 684-3773
bankrupty@kelleylawoffice.com

By: /s/ Dana Kaplan, Esq.
Dana Kaplan, Esquire
Florida Bar 44315
Craig I. Kelley, Esquire
Florida Bar 782203

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via ECF/U.S. Mail to the parties listed on the attached mail list this 10th day of August 2026.

KELLEY KAPLAN
DELANEY & ELLER, PLLC
Attorneys for the Debtor in Possession
1555 Palm Beach Lakes Blvd., Ste 1000
West Palm Beach, FL 33401
Phone (561) 491-1200
Facsimile (561) 684-3773
bankrupty@kelleylawoffice.com

By: /s/ Dana Kaplan, Esq.
Dana Kaplan, Esquire
Florida Bar 44315
Craig I. Kelley, Esquire
Florida Bar 782203

**Mailing Information for Case 25-24345-EPK**

**Electronic Mail Notice List**

- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Michael A Kaufman** eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com
- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Christopher S. Murphy**
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Etegra, Inc.
4152 W Blue Heron Blvd
Suite 116
West Palm Beach, FL 33404

Andrew Kishna
3610 Gulf City Road
Ruskin, 33570