**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE: CASE NO.: 25-24345-EPK
CHAPTER 11

ETEGRA, INC.,

Debtor.
_______________________________/

**CERTIFICATE OF PROPONENT OF PLAN ON ACCEPTANCE OF PLAN, REPORT ON AMOUNT TO BE DEPOSITED, CERTIFICATE OF AMOUNT DEPOSITED AND PAYMENT OF FEES**

The undersigned attorney for the Debtor, ETEGRA, INC., certifies the following:

1. I have examined the court files in this proceeding, particularly as to claims, scheduled and ballots filed.

2. A total of eight (8) ballots were filed. One ballot was a duplicate, so seven (7) ballots are included in the calculation. Exhibit "A" is a summary of ballots submitted by class. Exhibit "B" is a list of each ballot filed.

3. Exhibit "C" lists each creditor to be paid pursuant to the plan. Exhibit "D" lists disputed, contingent or unliquidated claims, excluding Exhibit "C". Below is a summary of the amount of money to be deposited for confirmation pursuant to the plan:

| CLASS | AMOUNT OF ADMIN. & INITIAL PYMTS | |
|---|---|---|
| Administrative – Kelley Kaplan Delaney & Eller, PLLC | $ | 75,432.50* |
| Class 1 – U.S. Small Business Administration | $ | 7,984.74 |
| Class 2 – First Insurance Funding | $ | Pay Direct |
| Class 3 – Department of the Treasury – Internal Revenue Service | $ | 0.00 |
| Class 4 – Texas Comptroller of Public Accounts | $ | 455.81 |
| Class Five – General Unsecured Creditors | $ | 1,000.00 |

4. Kelley Kaplan Delaney & Eller, PLLC shall make the first Plan payment directly to the creditors in Class 1 and 2 on the Effective Date set forth in the Plan, or as amended by interlineation at confirmation.

5. All fees required by 28 U.S.C. §1930 have been paid and will be timely paid until the case is closed.

KELLEY KAPLAN DELANEY & ELLER, PLLC
Attorneys for the Debtors in Possession
1555 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By: __/s/ Dana Kaplan________
Dana Kaplan, Esquire
Fla. Bar. No. 44315

DATED: August 31, 2026

* The administrative fees for Kelley Kaplan Delaney & Eller, PLLC are estimated through closure of the case.

## EXHIBIT A SUMMARY OF BALLOTS

| | | |
|---|---|---|
| **CLASS: One** | | |
| Total Acceptances in Dollar Amount | $0.00 | 0% of total |
| Total Rejections in Dollar Amount | $0.00 | 0% of total |
| Total # of Acceptances Filed | 0 | 0% of total |
| Total # of Rejections Filed | 0 | 0% of total |
| **CLASS: Two** | | |
| Total Acceptances in Dollar Amount | $0 | 0% of total |
| Total Rejections in Dollar Amount | $0.00 | 0% of total |
| Total # of Acceptances Filed | 0 | 0% of total |
| Total # of Rejections Filed | 0 | 0% of total |
| **CLASS: Three** | | |
| Total Acceptances in Dollar Amount | $0.00 | 0% of total |
| Total Rejections in Dollar Amount | $0.00 | 0% of total |
| Total # of Acceptances Filed | 0 | 0% of total |
| Total # of Rejections Filed | 0 | 0% of total |
| **CLASS: Four** | | |
| Total Acceptances in Dollar Amount | $0.00 | 0% of total |
| Total Rejections in Dollar Amount | $0.00 | 0% of total |
| Total # of Acceptances Filed | 0 | 0% of total |
| Total # of Rejections Filed | 0 | 0% of total |
| **CLASS: Five** | | |
| Total Acceptances in Dollar Amount | $4,562,973.33 | 98.61% of total |
| Total Rejections in Dollar Amount | $64,611.97 | 1.39% of total |
| Total # of Acceptances Filed | 5 | 71.43% of total |
| Total # of Rejections Filed | 2 | 28.57% of total |
| **CLASS: Six** | | |
| Total Acceptances in Dollar Amount | $0.00 | 0% of total |
| Total Rejections in Dollar Amount | $0.00 | 0% of total |
| Total # of Acceptances Filed | 0 | 0% of total |
| Total # of Rejections Filed | 0 | 0% of total |

# Exhibit "B"

| NAME OF CREDITOR | AMOUNT SCHEDULED OR CLAIMED | DATE BALLOT FILED WITH THE COURT | ACCEPTS | REJECTS | SHOULD BE ALLOWED TO VOTE. IF NOT, WHY |
|---|---|---|---|---|---|
| UES Professional Solutions 25, LLC | $43,083.11 | 7/16/2026 | X | | |
| CooverClark & Associates, Inc. | $64,611.97 | 7/21/2026 | | X | Ballot 2 is duplicative of Ballot 6. Only one ballot will be counted. |
| Joseph A. Carter | Unknown | 7/27/2026 | | X | Creditor is scheduled as an unknown amount and did not file a claim. |
| Smart Infrastructure, LLC | 1,841,156.00 | 8/17/2026 | X | | |
| Radise International, LLC | $2,074,136.00 | 8/17/2026 | X | | |
| CooverClark & Associates, Inc. | $64,611.97 | 8/25/2026 | | X | Ballot 6 is duplicative of Ballot 2. Only one ballot will be counted. |
| LWPB Inc | $499,986.25 | 8/26/2026 | X | | |
| CEMS Engineering | $40,000.00 | 8/26/2026 | X | | |

**EXHIBIT C LIST OF CREDITORS PAID THROUGH PLAN**

**The following is a list of creditors as provided for by the plan under consideration. These creditors are indicated by class and amount as scheduled or claimed. The dividend to be paid pursuant to the plan is indicated. (Indicate claim number as reflected in the claims register). Total each individual class.**

| Class | Name of Creditor | Claim Number | Scheduled and/or Claimed Amount | First Dividend to be Paid Pursuant to Plan |
|---|---|---|---|---|
| | | | | |
| Class One | U.S. Small Business Administration | Claim 5 | $436,230.97 | $7,984.74 |
| Class Two | First Insurance Funding | Claim 10 | $9,785.70 | $0.00 |
| Class Three | Department of the Treasury – Internal Revenue Service | Claim 16 | $0.00 | $0.00 |
| Class Four | Texas Comptroller of Public Accounts | Claim 7 | $5,207.95 | $455.81 |
| Class Five | JPMorgan Chase Bank, N.A. | Claim 1 | $2,733.87 | $0.40 |
| | GreatAmerica Financial Services Corporation | Claim 2 | $21,212.20 | $3.09 |
| | CEMS Engineering, Inc. | Claim 4 | $40,000.00 | $5.83 |
| | U.S. Small Business Administration | Claim 5 | $1,570,767.15 | $228.98 |
| | Faith Group LLC | Claim 6 | $53,360.00 | $7.78 |
| | C.H. Guernsey & Company | Claim 9 | $15,206.14 | $2.22 |
| | Coover-Clark & Associate, Inc | Claim 11 | $64,611.97 | $9.42 |
| | Smart Infrastructure LLC | Claim 12 | $1,841,156.00 | $268.40 |
| | Radise International LC | Claim 13 | $2,074,136.00 | $302.36 |
| | ETEGRA-LWPB JV1, LLC | Claim 14 | $499,986.25 | $72.89 |
| | LWPB, Inc. | Claim 15 | $499,986.25 | $72.89 |
| | G&I VIII Dominion Plaza LP | Claim 17 | $176,621.29 | $25.75 |

**EXHIBIT D - LIST OF DISPUTED, CONTINGENT AND UNLIQUIDATED CLAIMS**

**The following is a list of disputed, contingent or unliquidated claims which are not included in Exhibit C.**

**Note: If a claim was filed and is still in dispute, indicate claim number as is reflected in the claims register and give status of dispute (e.g. objection pending, etc.). Until there is an order on an objection, you must have enough money in the trust account to cover these creditors. If a person was listed in the schedules as disputed and they did not file a claim by the deadline date to file claims, you need not list them below or have money in your trust account to cover them. They are automatically taken off the case as creditors.**

| Name of Claimant | Claim Amount | Claim Number | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| David Peters | $70,000.00 | 3 | Andrew Kishna is a minority shareholder who sold his larger interest in the Debtor to the current owner. Andrew Kishna filed a claim for $9,122,069.16 without any supporting documentation other than a Statement of Claim documenting how or why he determined these monies are owed. The Debtor disputes that any money is due. |
| Andrew Kisha | $9,122,069.16 | 8 | David Peters is a minority shareholder who filed a claim for $70,000.00 without any supporting documentation calculating the amount claimed to be due. The Debtor disputes that any money is due. |