**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE: CASE NO.: 25-24345-EPK
CHAPTER 11

ETEGRA, INC.,
Debtor.
________________________________/

**MOTION TO CONTINUE HEARING ON**
**OBJECTION TO CLAIM OF ANDREW KISHNA**
**(Relief Requested Without a Hearing)**

**COMES NOW**, Debtor, ETEGRA, INC. (hereinafter referred to as "Debtor"), by and through the undersigned counsel, and files this Motion to Continue Hearing on Objection to Claim of Andrew Kishna and in support states as follows:

1. On February 9, 2026, Andrew Kishna ("Kishna") filed Claim #8 indicating that he was owed $9,122,096.16 as an unsecured claim. Kishna did not attach any documentation to his Proof of Claim indicating how he came to calculate this claim. Kishna holds an equity interest and owns 15,00 shares and is not owed any money by the Debtor.

2. On August 10, 2026, the Debtor filed an Objection to Claim of Andrew Kishna [Dkt. No. 100] indicating that Kishna did not attach documentation to support his claim. Without this documentation, clearly the Debtor is unable to review the propriety of the claim. Despite the foregoing, the Debtor is adamant that Andrew Kishna is not owed any money, let alone $9,122,096.16. As Andrew Kishna is an equity holder holding 15,000 shares, the Debtor is perplexed how he has determined he is now an unsecured creditor being owed $9,122,096.16.

3. On September 3, 2026, through a different attorney, Andrew Kishna filed a 23 page Response to the Objection to Claim with 259 pages of Exhibits, with documents he never initially attached to the Claim. He also amended his Proof of Claim on this date. Obviously, it

is impossible for the Debtor to review and analyze almost 300 pages of documentation and prepare a thorough and detailed Reply before the hearing scheduled on September 9, 2026.

4. Based on the foregoing, Debtor requests that this hearing be continued for a period of thirty (30) days with a deadline for the Debtor to file a written Reply two (2) days before the hearing.

5. Debtor does not believe that any creditor or party in interest will be adversely affected by this request given the significant delay Andrew Kishna exhibited by failing to include a thoroughly documented claim by the claims bar date of February 12, 2026.

**WHEREFORE**, Debtor respectfully requests an Order from this Court Granting Debtor's Motion to Continue the Hearing on the Objection to Claim of Andrew Kishna for a period of thirty (30) days with a deadline of two (2) days before the hearing for the Debtor to file a written reply and for other such relief as this Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF or the attached mail list this 4th day of September 2026.

KELLEY KAPLAN DELANEY & ELLER, PLLC
Attorneys for Debtor in Possession
1555 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200
Facsimile No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By:/s/ Dana Kaplan________
Dana Kaplan
Florida Bar No.: 44315

**Mailing Information for Case 25-24345-EPK**

**Electronic Mail Notice List**

**The following is the list of <u>parties</u> who are currently on the list to receive email notice/service for this case.**

- Bryant H Dunivan bryant@dunivanlaw.com, bryant-dunivan-8470@ecf.pacerpro.com;eservice@theconsumerprotectionattorney.com
- Heidi A Feinman Heidi.A.Feinman@usdoj.gov
- Dana L Kaplan dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- Michael A Kaufman eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com
- Craig I Kelley craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Christian Somodevilla Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**

**The following is the list of <u>parties</u> who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.**

Christopher S. Murphy
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Joseph A. Ott
Ott Law Firm, LLC
75 W. Lockwood Avenue
Webster Groves, MI 63119