IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ETEGRA, INC.

*Debtor*.

CASE NO.: 25-24345-EPK
Chapter 11

**CREDITOR'S MOTION TO APPEAR ELECTRONICALLY**

_Creditor, ANDREW KISHNA, by and through the undersigned counsel, hereby moves for entry of an Order authorizing Local Counsel, Bryant Dunivan Jr., to attend the Confirmation Hearing set for September 9, 2026, at 2:00 PM via Zoom, and as grounds, states:

1. Creditor was previously unrepresented by Counsel outside of the submission of his Proof of Claim (Claim #8).

2. The Counsel that submitted the proof of claim did not file a general appearance for the Creditor.

3. The Creditor then retained Joseph Ott for representation in this bankruptcy case, who has a pending motion to appear *pro hac vice*.

4. Local Counsel was retained to aid in the representation of the Creditor and aid in the appearance of Mr. Ott.

5. Local Counsel has a scheduling conflict that would preclude his appearance in West Palm Beach, as required by this Court's Order setting the Confirmation Hearing [DE 89].

6. Local Counsel is scheduled for a 1-hour evidentiary hearing in Hillsborough County, Florida (In re: Williams, Case No.: 26-CP-599) at 11 AM.

7. Local Counsel plans to appear at the Claim Objection hearing at 1:30 PM via Zoom, and requests the ability to appear at the 2:00 PM Confirmation

hearing via Zoom.

8. Mr. Ott, counsel for Creditor, plans to appear in person at both hearings.

9. No parties would be prejudiced by Local Counsel's appearance at the 2:00 PM confirmation hearing, as Creditor will have counsel (subject to this Court's determination on the *pro hac vice* motion) present and prepared to address the Creditor's concerns.

10. Local Counsel's involvement at this hearing will be minimal, if needed at all.

WHEREFORE, Creditor, ANDREW KISHNA, requests that this Court allow Local Counsel to appear via ZOOM at the 2:00 PM Confirmation Hearing, and for any other relief this Court deems just and proper.

**CERTIFICATION OF COUNSEL**

Undersigned counsel has conferred with counsel for the Debtor in a good faith effort to resolve the issues raised by the motion, and the opposing party does not agree with the relief sought herein.

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing to be filed with CM/ECF, which will serve all parties who have opted into e-mail service on September 04, 2026.

Respectfully submitted,

DUNIVAN LAW, PA
Local Counsel for Creditor.
5668 Fishhawk Crossing Blvd., Ste. 333,
Lithia, FL 33547
Phone: 813.252.0239
Email: bryant@dunivanlaw.com
eservice@dunivanlaw.com

By: **/s/ Bryant H. Dunivan Jr.**
Bryant H. Dunivan Jr., Esq.
Fla. Bar No.: 102594

MI P. No.: 85206

OTT LAW FIRM, LLC
75 W. Lockwood Avenue, Webster Groves, MO 63119
(314) 293-3756
joe@ott.law
Counsel for Creditor Andrew Kishna (Motion to Appear Pro Hac Vice pending — LBR 9010-1(b); LF-44/LF-45)

By: **/s/ Joseph A. Ott**
Joseph A. Ott, Esq.
Mo. Bar No.: 67889