**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:
ETEGRA, INC.,

CASE NO.: 25-24345 EPK
CHAPTER 11

Debtor.
_______________________________________/

**NOTICE OF WITHDRAWAL**

The Debtor, ETEGRA, INC., by and through the undersigned attorney, hereby files the following document:

1. Dkt. No. 100 Objection to Claim of Andrew Kishna

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email/USPS/ or CM/ECF to all parties below and those registered to receive same on 7th day of September 2026.

KELLEY KAPLAN DELANEY ELLER, PLLC
1555 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By:/s/ *Dana Kaplan*________
Dana Kaplan
Florida Bar No.: 44315

**Mailing Information for Case 25-24345-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Bryant H Dunivan** bryant@dunivanlaw.com, bryant-dunivan-8470@ecf.pacerpro.com;eservice@theconsumerprotectionattorney.com
- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Michael A Kaufman** eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com

- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**

**Christopher S. Murphy**
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**Joseph A. Ott**
Ott Law Firm, LLC
75 W. Lockwood Avenue
Webster Groves, MI 63119