**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE: CASE NO.: 25-24345 EPK
ETEGRA, INC., CHAPTER 11

Debtor.
_______________________________________/

**NOTICE OF FILING**

The Debtor, ETEGRA, INC., by and through the undersigned attorney, hereby files the following document:

1. Proposed Confirmation Order

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email/USPS/ or CM/ECF to all parties below and those registered to receive same on 9th day of September 2026.

KELLEY KAPLAN DELANEY ELLER, PLLC
1555 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By:/s/ *Dana Kaplan*________
Dana Kaplan
Florida Bar No.: 44315

**Mailing Information for Case 25-24345-EPK**

**Electronic Mail Notice List**

- **Bryant H Dunivan** bryant@dunivanlaw.com, bryant-dunivan-8470@ecf.pacerpro.com;eservice@theconsumerprotectionattorney.com
- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Michael A Kaufman** eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com
- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov

- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**

**Christopher S. Murphy**
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**Joseph A. Ott**
Ott Law Firm, LLC
75 W. Lockwood Avenue
Webster Groves, MI 63119

Label Matrix for local noticing
113C-9
Case 25-24345-EPK
Southern District of Florida
West Palm Beach
Fri Jul 17 16:54:36 EDT 2026

CooverClark & Associates, Inc., a Colorado c
c/o Michael A. Kaufman, P.A.
1615 Forum Place, Suite 200
West Palm Beach, FL 33401-2315

Etegra, Inc.
4152 W Blue Heron Blvd
Suite 116
West Palm Beach, FL 33404-4858

United States of America, U.S. Small Busines
c/o Christian Somodevilla
99 N.E. 4th Street, Suite 300
Miami, FL 33132-2131

ADVANTAGE LEASING CORP.
13400 BISHOPS LN STE 250
Brookfield, WI 53005-6237

Allady, Aditi
8725 Grape View Blvd
Loxahatchee, FL 33470-5631

Andrew Kishna
3610 Gulf City Road
Ruskin, FL 33570-2621

Army Corp of Engineers
P.O. Box 2946
Portland, OR 97208-2946

Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

BLACK & VEATCH SPC
PO Box 803823
Kansas City, MO 64180-3823

Benefits Plan Plus
11701 Borman Dr Suite 300
Saint Louis, MO 63146-4194

Benham
622 Emerson Rd Suite 600
Saint Louis, MO 63141-6728

C T CORPORATION SYSTEM
330 N BRAND BLVD STE 700
Glendale, CA 91203-2336

C.H. Guernsey & Company
Stephen L. Jantzen, Esq.
400 N Walnut Ave
Oklahoma City, OK 73104-2207

CDM Smith
10306 Eaton Place, Suite 220
Fairfax, VA 22030-2201

CEMS Engineering, Inc.
108 Bentons Lodge Rd Suite B
Summerville, SC 29485-6336

CIBM BANK
12700 W BLUEMOUND RD STE 150
Elm Grove, WI 53122-2637

CMTA
7578 Solutions Center
Chicago, IL 60677-7005

Cane & Weiner
5805 Sepulveda Blvd 4th Fl
Van Nuys, CA 91411-2532

Career Collective LLC
4801 Glenwood Ave Suite 400
Raleigh, NC 27612-3857

Carter, Joseph
8850 Glen Rose Dr
Saint Louis, MO 63126-2314

Coover-Clark & Associate, Inc
1936 Market Street
Denver, CO 80202-1420

County Blue Reprographics
811 Hanley Industrial Ct
Saint Louis, MO 63144-1402

Dalls County Tax Assessor-Collector
John R. Ames, PCC, CTA
P.O. Box 139066
Dallas, TX 75313-9066

David Peters
3 Wildwood Circle
St. Louis, MO 63126-1127

ENTERPRISE BANK & TRUST
444 E SANTA FE ST
Olathe, KS 66061-3446

ETEGRA-LWPB JV1, LLC
Kelly M. Neal, Buchanan Ingersoll & Roon
501 Grant Street, Suite 200
501 Grant Street
Pittsburgh, PA 15219-4406

Ecoworks Studio LLC
210 Hurt Street NE
Atlanta, GA 30307-2537

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Faith Group LLC
Sharon L. Stolte - Sandberg Phoenix
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112-3042

Faith Group, LLC
3101 S Hanley Rd
Saint Louis, MO 63143-3601

Freese & Nichols Inc
801 Cherry Street, Suite 2800
Fort Worth, TX 76102-6804

G&I VIII Dominion Plaza LP
17304 Preston Rd Suite 200
Dallas, TX 75252-4631

G&I VIII Dominion Plaza LP
901 Main Street, Suite 4200
Dallas, TX 75202-3723

(p)UES PROFESSIONAL SOLUTIONS 25 LLC
ATTN NORM ESLAMIAN
11816 LACKLAND RD
SUITE 150
SAINT LOUIS MO 63146-4237

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GreatAmerica Financial Services Corporat
P.O. Box 609
Cedar Rapids, IA 52406-0609

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2032

Guernsy
5555 Noth Grand Blvd
Oklahoma City, OK 73112

Hesterberg, Bruce
6224 North Lakeshore Drive
House Springs, MO 63051-1119

Hutchinson, Kurt
3127 Eads Ave
Saint Louis, MO 63104-1429

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Talbot Sant, Jr.
Beck & Sant, LLC
11775 Borman Drive, Ste. 216
Maryland Heights, MO 63146-4134

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacobs Engineering Group.
1100 North Globe Rd Suite 500
Arlington, VA 22201-5785

John C. Walker, CPA, PA
631 US Highway 1, Suite 309
North Palm Beach, FL 33408-4618

John Reynolds
1737 Briarmanor Drive
Lake Saint Louis, MO 63367-6446

Juniper Environmental
1121 Olivette Executive Pkwy Ste 120
Saint Louis, MO 63132-3254

Kishna, Andrew
6367 Bridgecrest Dr
Lithia, FL 33547-4868

Kishna, Sonnie
6367 Bridgecrest Dr
Lithia, FL 33547-4868

LEIDOS
PO Box 223058
Pittsburgh, PA 15251-2058

LWPB, Inc.
Kelly M. Neal, Buchanan Ingersoll & Roon
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Larson Design Group
1000 Commerce Park Dr Suite 201
Williamsport, PA 17701-5475

Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219-3959

Love, Glenn
4816 Carlene Way SW
Lilburn, GA 30047-4706

McCarthy, Leonard & Kaemmerer, L.C.
825 Maryville Centre Dr Suite 300
Chesterfield, MO 63017-5946

Michael A. Kaufman, P.A.
c/o Coover-Clark Associates, Inc.
1615 Forum Place, Suite 200
West Palm Beach, FL 33401-2315

(p)MISSOURI DIVISION OF EMPLOYMENT SECURITY
ATTN COLLECTIONS
P O BOX 59
JEFFERSON CITY MO 65104-0059

Murthy, Thandava
1620 Sweetwater Lane
Prosper, TX 75078-7273

OCMI
PO Box 4368
Costa Mesa, CA 92628-4368

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Olsson
PO Box 84608 / 601 P St Suite 200
Lincoln, NE 68501-4608

PEOPLES CAPITAL AND LEASING CORP. AND IT
2005 MARKET ST FL 14
Philadelphia, PA 19103-7009

Paychex of New York, LLC
28 Liberty St.
New York, NY 10005-1400

Preston, Bruce
6894 Honeybee Lane
Frisco, TX 75036-0944

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

RADISE International, L.C.
4152 WEST BLUE HERON BOULEVARD, # 1
West Palm Beach, FL 33404-4860

Radise International LC
4152 W Blue Heron Blvd, 1114
Riviera Beach, FL 33404-4806

Ramsaroop, Paul
P. O. Box 99
Elsah, IL 62028-0099

SANDBERG PHOENIX
600 Washington Ave 15th Floor
Saint Louis, MO 63101-1313

Smart Infrastructure LLC
4152 W Blue Heron Blvd, 112
Riviera Beach, FL 33404-4858

Smart Infrastructure, LLC
4152 W Blue Heron Blvd, Suite 1114
West Palm Beach, FL 33404-4806

Smart Infratech
4152 W Blue Heron Blvd
Riviera Beach, FL 33404-4811

Smart Office Automation
LLC
3330 Keller Springs Rd
Suite 203
Carrollton, TX 75006-5058

Smart Office Automation LLC
6623 THEALL
Houston, TX 77066-1213

TBG Partners
3232 E Cesar Chavez Bldg 1 Ste 100
Austin, TX 78702-4974

Texas Comptroller of Public Accounts
Office of The Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Franchise Board
PO Box 149348
Austin, TX 78714-9348

The City of Town & Country
1011 Municipal Center Dr
Saint Louis, MO 63131-1133

Town & Country Investors, LLC
1714 Deer Tracks Trail, Suite 100
Saint Louis, MO 63131-1838

Town & Country Investors, LLC
Johnson Group, Inc
1714 Deer Tracks Trail, Suite 100
Saint Louis, MO 63131-1838

U. S. Small Business Administration
CESC - SBA
14925 Kingsport Road
Fort Worth, TX 76155-2243

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

U.S. Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240-1000

U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Association
SBA Administrator
Isabella Casillas Guzman
409 3rd St SW
Washington, DC 20024-3212

United States Army Corps of Engineers
Julie S. (Shay) Hill
Military Contracting Branch
2488 E. 81st Street
Tulsa, OK 74137-4290

United States Army Corps of Engineers
c/o Carol Coover Clark
1936 Market Street
Denver, CO 80202-1420

United States Army Corps of Engineers
c/o Julie S. (Shay) Hill
Military Contracting Branch
2488 E. 81st Street
Tulsa, OK 74137-4290

United States Army Corps of Engineers
c/o Matthew Milliorn, CEM
819 Taylor Street
Room 4A05
Fort Worth, TX 76102-6124

Craig I Kelley
1665 Palm Beach Lakes Blvd
Ste 1000
West Palm Beach, FL 33401-2109

Dana L Kaplan
1555 Palm Beach Lakes Blvd.
Ste 1000
West Palm Beach, FL 33401-2328

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRST Insurance Funding
450 Skokie Blvd. Suite 1000
Northbrook, IL 60062

Geotechnology
11816 Lackland Road Suite 150
Saint Louis, MO 63146

Great America Leasing Corp
PO Box 660831
Dallas, TX 75266-0831

Missouri Department of Labor and Industr
PO Box 59
Jefferson City, MO 65104

U.S. Attorney
99 NE 4th Street
Miami, FL 33132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Texas Comptroller of Public Accounts, Reve

(u)West Palm Beach

(d)United States Army Corps of Engineers
c/o Carol Coover-Clark
1936 Market Street
Denver, CO 80202-1420

End of Label Matrix
Mailable recipients 91
Bypassed recipients 3
Total 94

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

ETEGRA, INC.,

Debtor.
_______________________________/

CASE NO.: 25-24345-EPK
CHAPTER 11

**ORDER APPROVING DISCLOSURE STATEMENT ON A FINAL BASIS AND CONFIRMING DEBTOR'S PLAN OF REORGANIZATION AND SETTING POST CONFIRMATION HEARING**

**THE COURT** having held a confirmation hearing on **September 9, 2026, at 2:00 p.m**. to consider confirmation of the Debtor's Amended Plan of Reorganization (the "Plan")[Dkt. No. #81] dated July 16, 2026, ("Debtor") under Chapter 11 of the Bankruptcy Code (the "Code"); and

The Plan and Disclosure Statement and all amendments filed in connection therewith having been transmitted to creditors and equity security holders and it having been determined after hearing on notice that:

1. The Plan and Disclosure Statement and all amendments filed in connection therewith have been accepted in writing by the creditors and equity holders whose acceptance is required by law and/or any objections to the Plan have been overruled, withdrawn, or resolved by agreement as reflected in this Order. The limited objection of Andrew Kishna [Dkt. No. 131] is resolved by agreement solely as to Articles VI and X of the Plan, and solely upon and by reason of the entry of this Order containing the provisions set forth herein. The hearing on the Debtor's Objection to Claim No. 8 [Dkt. No. 100] is not affected by this Order.

2. The Debtor filed an Exhibit Register [Dkt. No. 136] in support of the confirmation request with six (6) Exhibits attached thereto. Debtor's counsel presented and discussed each of the Exhibits during the hearing in support of the Plan. At the conclusion of the hearing, the Court admitted the Exhibit Register and Exhibits into evidence.

3. The provisions of Chapter 11 of the Code have been complied with and the Plan has been proposed in good faith and not by any means forbidden by law.

4. The following modifications are made to the Plan:

The Plan is modified pursuant to 11 U.S.C. § 1127(a) as set forth in this Order. Any holder of a claim or interest that has accepted or rejected a plan is deemed to have accepted or rejected, as the case may be, such plan as modified, unless, within the time fixed by the court, such holder changes such holder's previous acceptance or rejection. All prior acceptances are deemed acceptances of the Plan as modified.

**Article III**

**Class One (U.S. Small Business Association):** The secured claim of the U.S. Small Business Association (Claim #11) in the amount of $436,230.97 is secured by a blanket lien on the Debtor's personal property assets. The Debtor shall make regular monthly payments on this obligation in the amount of $7,984.74 at the contract rate of interest of

3.75%. The unsecured portion of the claim shall receive a pro rata distribution in Class Five. The claim is impaired.

**<u>Class Five (General Unsecured Claims)</u>**: The General Unsecured claims include all other allowed claims of Unsecured Creditors of the Debtor, subject to any Objections that are filed and sustained by the Court. The general unsecured claims prior to the filing of any objections total the amount of $16,050,469.48, which will be paid over the five (5) year term of the Plan at the rate of $1,000.00 per month on a pro-rata basis. The payments will commence on the Effective Date of the Plan. The dividend to this class of creditors is subject to change upon the determination of objections to claims. To the extent that the Debtor is successful or unsuccessful in any or all of the proposed Objections, then the dividend and distribution to each individual Class of General Unsecured Claims then the dividend and distribution to each individual creditor will be adjusted accordingly. These claims are impaired. Any allowance of the claim of Andrew Kishna shall be for bankruptcy purposes only and shall in no way be deemed an admission of liability or damages as to any other non-debtor parties. Nothing herein shall create res judicata or collateral estoppel relief as to any non-debtor parties. Andrew Kishna has not voted to accept or reject the Plan and does not consent to any release, exculpation, injunction, or other relief in favor of any non-debtor person or entity, or to any finding concerning his conduct, contributions, or equity interest. He does not oppose confirmation. Any allowance of Claim No. 8, whenever and in whatever amount determined, is for purposes of distribution under this Plan only, is allowed as a general unsecured claim asserting no priority under 11 U.S.C. § 507, and is on account of the contract-based components of the claim only. No part of any allowance is on account of, and no distribution under the Plan compensates, any claim against any non-debtor arising from any personal guaranty by Andrew Kishna of an

obligation of the Debtor. Such allowance is not an election of remedies, accord and satisfaction, satisfaction of any underlying injury, or a bar to recovery, and is without prejudice to Andrew Kishna's direct claims against non-debtor persons and entities, however, subject to the terms herein, the discharge injunction within the Plan will apply in all respects as to any and all claims of Andrew Kishna as to the Debtor and the Reorganized Debtor only.

**Article V**

5.2 Upon the entry of the Confirmation Order, the Debtor shall be vested with all the Debtor in Possessions' rights, title, and interests in the assets of ETEGRA, INC, which shall operate under the name of ETEGRA SERVICES, INC., as a Reorganized Debtor. free and clear, of all claims and interests of Creditors, except as otherwise provided herein. Nothing in this Section affects any claim against any person or entity other than the Debtor. The tax provisions and exemptions of 11 U.S.C., Section 1146 shall apply to all transactions contemplated by this Plan.

**Article VI**

6.1 The Reorganized Debtor will continue to operate as ETEGRA SERVICES, INC. and be managed by Smart Infrastructure Group, LC. The CEO is Achyut Kumar Allady. At the time of the filing of the case, the shareholders were (i) Aditi Allady (80,600 shares), Joseph Carter (400 shares), Sonnie Kishna-Sencerea (300 shares), Thandava Murty (3,000 shares) and Andrew Kishna (15,000). New share certificates shall be issued in the Reorganized Debtor of ETEGRA SERVICES, INC., in which the sole shareholder will be Aditi Allady as of the Effective Date, based upon her new value contributions to the Debtor in Possession during this chapter 11 proceeding. No recital in this paragraph shall be admissible or given any evidentiary effect in any non-bankruptcy proceeding as to any such shareholder.

**Article X**

10.1 Discharge: Except as otherwise provided in this Plan, confirmation of the Plan shall be deemed to have discharged the Debtor, and its professionals, pursuant to Section 1141(d)(1) of the Code from any claim that arose on or prior to the Confirmation Date, and any claim of a kind specified in Section 502(g), (h) or (I) of the Bankruptcy Code whether or not: (i) a proof of the claim is filed or deemed to be filed under Sections 501 and 1111(a) of the Bankruptcy Code; (ii) such claim is allowed under Section 502 of the Bankruptcy Code; or (iii) the holder of such claim has accepted the Plan. The reference to professionals herein is limited to the professionals approved by the Bankruptcy Court to represent the Debtor in this bankruptcy proceeding. Nothing herein shall be interpreted to include non-Debtors within the relief provided in this section paragraph. Furthermore, nothing herein shall impair or waive the rights to any claims against non-Debtor persons or entities. Notwithstanding any other provision of the Plan, the Disclosure Statement, or this Order, nothing herein discharges, releases, exculpates, enjoins, estops, impairs, or otherwise affects any direct claim, cause of action, defense, or right of Andrew Kishna against any person or entity other than the Debtor and the Reorganized Debtor.

5. With respect to each impaired class of claims or interests, each holder of a claim or interest has accepted the Plan or will receive or retain under the Plan on account of such claim property of a value, as of the effective date of the Plan, that is not less than the amount that such holder would receive or retain if the Debtor were liquidated under Chapter 7 of the Bankruptcy Code on such date. The Plan does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that are impaired under the Plan, and had not accepted the Plan; and

6. All payments made or promised by the Debtor or by a person issuing securities or

acquiring property under the Plan or by any other person for services or for costs and expenses in, or in connection with, the Plan and incident to the case have been fully disclosed to the Court and are reasonable or, if to be fixed after confirmation of the Plan, will be subject to approval of the Court; and

7. The identity, qualifications, and affiliations of the persons who are to be directors or officers, or voting trustees, if any, of the Debtor, after confirmation of the Plan, have been fully disclosed, and the appointment of such persons to such offices, or their continuance therein, is equitable and consistent with the interests of the creditors and equity security holders and with public policy; and

8. The identity of any insider that will be employed or retained by the Debtor and compensation to such insider has been fully disclosed; and

9. The confirmation of the Plan is not likely to be followed by the Reorganization, or the need for further financial reorganization, of the Debtor or any successor to the Debtor under the Plan, unless such Reorganization or further reorganization is proposed in the Plan.

**IT IS THEREFORE:**

**ORDERED** that the Debtor's Amended Disclosure Statement [Dkt. No. #82] is APPROVED on a final basis; and it is further

**ORDERED** that the Exhibit Register [DE #136] filed by the Debtor in support of the confirmation request with six (6) Exhibits are admitted into evidence in support of the Plan; and it is further

**ORDERED** that the Plan [Dkt. No. 81] including any amendments via interlineations filed therewith is hereby **CONFIRMED**; and it is further

**ORDERED** that the Court shall retain jurisdiction as provided in the Plan until all plan payments are made and the Debtor receives a discharge; and it is further

**ORDERED** that the Debtor shall pay to the United States Trustee the appropriate sums required pursuant to 28 U.S.C. § 1930(a)(6) for pre-confirmation periods through the Effective Date of the plan. Furthermore, the reorganized Debtor shall file on the Effective Date a notice of payments made to creditors and notice that the plan has been fully consummated. In the event Debtor fails to make payment in full on the effective date, Debtor's counsel shall contact Chambers to set a post confirmation status conference, and it is further

**ORDERED** that the law firm of KELLEY KAPLAN DELANEY & ELLER, PLLC, is named as disbursing agent; bond is waived, the disbursing agent is directed to make all first installment payments on or before the Effective Date of the Plan, or as otherwise directed in the Plan. On or before sixty (60) days after this Order becomes final, the disbursing agent shall file a Final Report of Estate and Motion for Final Decree Closing Case on the Court approved local form; and it is further

**ORDERED** that to the extent of any conflict between this Confirmation Order and the Plan, including Section 12.5 of the Plan, this Confirmation Order controls; and it is further

**ORDERED** that this Order makes no finding as to the amount, validity, priority, allowance, or disallowance of Claim No. 8, and such claim shall be allowed and treated as a Class Five general unsecured claim pursuant to the Plan for bankruptcy purposes only and for no other purpose whatsoever. The Plan treatment and allowance of Claim No. 8 shall not be deemed as an admission of liability or damages as to any other non-Debtor parties or enforceable against any third parties in support of any claims for liability and/or damages. No recital, finding, or provision of this Order or of the Plan shall be admissible against any non-debtor third parties in any other judicial or non-judicial proceedings, or given preclusive or evidentiary effect, in any non-bankruptcy proceeding, whether as res judicata, collateral estoppel, judicial estoppel, election of remedies, accord and satisfaction, or otherwise; and it is further

**ORDERED** that the discharge under Section 1141(d) of the Code and any injunction arising under the Plan, this Order, or 11 U.S.C. § 524(a) are modified to the extent necessary to permit Andrew Kishna to commence and prosecute to final judgment an action nominally naming the Debtor and asserting claims previously asserted in Kishna v. Etegra, Inc., et al., No. 23SL-CC02858 (Cir. Ct. St. Louis Cnty., Mo.) against third parties only. The Debtor and the Reorganized Debtor shall not be required to defend or appear in the foregoing lawsuit. The discharge and injunction otherwise remain in full force and effect. Any judgment so obtained shall not be enforced by execution, garnishment, levy, lien, setoff, or otherwise against the Debtor, the Reorganized Debtor, or any of their property. The Debtor retains all defenses to the claims so asserted. Nothing in this paragraph affects any claim against, or the liability of, any person or entity other than the Debtor; and it is further

**ORDERED** that this Confirmation Order shall be effective immediately upon its entry and, in accordance with Federal Rules of Bankruptcy Procedure 3020(e), 6004(h) and 6006(d) this Confirmation Order shall not be stayed.

**ORDERED** that the Court reserves jurisdiction to enforce the terms of this Order and provisions of the confirmed Plan.

###

**Submitted by:**
Craig I. Kelley, Esquire
Kelley, Kaplan Delaney & Eller, PLLC
1555 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
E-mail: bankruptcy@kelleylawoffice.com

**Copies furnished to:**

*Craig I. Kelley, Esq., is directed to serve copies of this order on all interested parties and file a Certificate of Service.*