**ORDERED in the Southern District of Florida on September 8, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

ETEGRA, INC.

*Debtor*.

CASE NO.: 25-24345-EPK
Chapter 11

**ORDER ADMITTING ATTORNEY PRO HAC VICE**

Upon consideration of the motion (Dkt. No. 129) filed by Bryant H. Dunivan Jr., seeking to admit pro hac vice Joseph Ott ("Visiting Attorney") as counsel for Andrew Kishna ("Client"), together with the Visiting Attorney's declaration, it is

**ORDERED** that:

1. The motion is **GRANTED**.

2. Joseph Ott is admitted pro hac vice to practice in this Court in this case, any related jointly administered case, and any related adversary proceeding, on behalf of Andrew Kishna.

3. Visiting Attorney may apply to become a registered user of CM/ECF in accordance with applicable CM/ECF procedures.

4. Whether or not Visiting Attorney becomes a registered user of CM/ ECF, Local Counsel must:

(a) review every document filed with the Court on Client's behalf;

(b) include their signature block – together with the signature block of Visiting Attorney – on every document filed with the Court on Client's behalf;

(c) unless otherwise ordered, attend all hearings that Visiting Attorney attends on Client's behalf; and

(d) not withdraw or otherwise cease serving as local counsel for Client unless and until successor local counsel has appeared.

###

Submitted by:

Bryant H. Dunivan Jr., Esq.,
Dunivan Law, PA,
5668 Fishhawk Crossing Blvd., Ste. 333,
Lithia, FL 33547
813.252.0239
bryant@dunivanlaw.com

*Copies furnished to all parties of record via CM/ECF.*