**Form CGFCRD8C** (6/1/2026)

# United States Bankruptcy Court
## Southern District of Florida
## www.flsb.uscourts.gov

**Case Number: 25−24345−EPK**

**Chapter: 11**

**In re:**
Etegra, Inc.
4152 W Blue Heron Blvd
Suite 116
West Palm Beach, FL 33404
EIN: 27−2711811

## NOTICE OF EVIDENTIARY HEARING

**PLEASE TAKE NOTICE** that an evidentiary hearing will be held before the Honorable Erik P. Kimball to consider the following:

**DISCLOSURE HEARING (82)**

**CHAPTER 11 CONFIRMATION (81)**

**Application for Final Compensation for Dana L Kaplan, Attorney−Debtor, Period: 5/19/2026 to 6/29/2026, Fee: $13,340.00, Expenses: $242.64. Filed by Attorney Dana L Kaplan (77)**

**Supplemental Application for Final Compensation for Dana L Kaplan, Attorney−Debtor, Period: 6/30/2026 to 8/13/2026, Fee: $27880.00, Expenses: $247.07. Filed by Attorney Dana L Kaplan (111)**

1. This matter has been set for an evidentiary hearing. The hearing will be held:

   **Date:** **September 15, 2026**
   **Time:** **09:30 AM**
   **Location:** **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**

2. The movant's attorney (or, if unrepresented, the movant) must serve a copy of this notice on all entities required to receive notice and file a certificate of service as required by Local Rule 9036−2. Failure to serve this notice as directed, or to file a certificate of service, may result in denial of the relief requested.

3. PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Under District Court Administrative Order 2018−79, as amended by District Court Administrative Order 2019−87−A, with certain limited exceptions, electronic devices, including but not limited to cameras, cellular phones (including those with cameras), smart glasses, iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. A motion seeking to allow a specific person access to the courthouse with a specific electronic device for a specific purpose and period of time may be filed under Local Rule 9013−2(c).

**Dated:** **9/10/26**

**CLERK OF COURT**
By: Dawn Leonard
Courtroom Deputy