REGIONS

Regions Bank
Rosemary Square
372 S Rosemary Ave., Suite 102
West Palm Beach, FL 33401

ETEGRA INC
DEBTOR IN POSSESSION
4152 W BLUE HERON BLVD STE 116
RIVIERA BEACH FL 33404-4858

**ACCOUNT #** [redacted]1683

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1 of 3 |

## LIFEGREEN BUSINESS CHECKING

August 1, 2026 through August 31, 2026

## SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$19,167.44** | | Minimum Balance | $4,943 |
| Deposits & Credits | $100,427.74 | + | Average Balance | $22,893 |
| Withdrawals | $79,912.07 | - | | |
| Fees | $13.50 | - | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $0.00 | - | | |
| **Ending Balance** | **$39,669.61** | | | |

## DEPOSITS & CREDITS

| | | |
|---|---|---|
| 08/04 | Etegra - Cems Jv ACH Pmt Regions Bank 11230618357 | 4,637.34 |
| 08/13 | Arthrgff Payments Etegra, Inc. 12349358 | 59,573.71 |
| 08/20 | Etegra - Cems Jv ACH Pmt Regions Bank 11232975790 | 9,547.21 |
| 08/28 | Dod Treas 310 Misc Pay Etegra Inc 272711811097000 | 26,669.48 |
| | Total Deposits & Credits | $100,427.74 |

## WITHDRAWALS

| | | |
|---|---|---|
| 08/04 | First Insurance Insurance Ndip Etegra, I 900-105797260 | 1,087.30 |
| 08/10 | Verizon Wireless Payments 0000000811480 081148048800021 | 116.49 |
| 08/13 | Etegra Inc Silc Depos Etegra Inc | 15,000.00 |
| 08/13 | Etegra Inc Vendor Pay Etegra Inc | 19,495.52 |
| 08/14 | Etegra Inc Subs Cons Etegra Inc | 13,840.38 |
| 08/14 | Kelley Kaplan DE 5614911200 Etgera Inc | 5,000.00 |
| 08/18 | Etegra Inc Silc Depos Etegra Inc | 22,559.52 |
| 08/18 | Quarterly Fee Payment Etegra Inc 0000 | 194.00 |
| 08/19 | Etegra Inc Silc Depos Etegra Inc | 1,128.40 |
| 08/27 | The Hartford Inspmtcl Etegra Inc 14282253 | 442.60 |
| 08/28 | The Hartford Inspmtcl Etegra Inc 16674724 | 1,047.86 |
| | Total Withdrawals | $79,912.07 |

## FEES

| | | |
|---|---|---|
| 08/10 | Analysis Charge 07-26 | 13.50 |

**For all your banking needs, please call 1-800-REGIONS (734-4667)**
**or visit us on the Internet at www.regions.com. (TTY/TDD 1-800-374-5791)**

EQUAL HOUSING LENDER

**Thank You For Banking With Regions!**

2026 Regions Bank Member FDIC. All loans subject to credit approval.

REGIONS

Regions Bank
Rosemary Square
372 S Rosemary Ave., Suite 102
West Palm Beach, FL 33401

ETEGRA INC
DEBTOR IN POSSESSION
4152 W BLUE HERON BLVD STE 116
RIVIERA BEACH FL 33404-4858

**ACCOUNT #** [redacted]1683

092
Cycle 26
Enclosures 0
Page 2 of 3

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/04 | 22,717.48 | 08/14 | 28,825.30 | 08/20 | 14,490.59 |
| 08/10 | 22,587.49 | 08/18 | 6,071.78 | 08/27 | 14,047.99 |
| 08/13 | 47,665.68 | 08/19 | 4,943.38 | 08/28 | 39,669.61 |

**You may request account disclosures containing terms, fees, and rate information (if applicable) for your account by contacting any Regions office.**

## Easy Steps to Balance Your Account

| | | Checking Account |
|---|---|---|
| 1. | Write here the amount shown on statement for **ENDING BALANCE** | $ |
| 2. | Enter any deposits which have not been credited on this statement. | $ + |
| 3. | Total lines 1 & 2 | $ = |
| 4. | Enter total from 4a (column on right side of page) | $ - |
| 5. | Subtract line 4 from line 3. This should be your checkbook balance. | $ = |

4a List any checks, payments, transfers or other withdrawals from your account that are not on this statement.

| Check No. | Amount | |
|---|---|---|
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Enter in Line 4 at Left | | |

The law requires you to use "reasonable care and promptness" in examining your bank statement and any checks sent with it and to report to the Bank an unauthorized signature (i.e., a forgery), any alteration of a check, or any unauthorized endorsement. You must report any forged signatures, alterations or forged endorsements to the Bank within the time periods specified under the Deposit Agreement. If you do not do this, the Bank will not be liable to you for the losses or claims arising from the forged signatures, forged endorsements or alterations. Please see the Deposit Agreement for further explanation of your responsibilities with regard to your statement and checks. A copy of our current Deposit Agreement may be requested at any of our branch locations.

Summary of Our Error Resolution Procedures
In Case of Errors or Questions About Your Electronic Transfers
Telephone us toll-free at 1-800-734-4667
or write us at
Regions Electronic Funds Transfer Services
Post Office Box 413
Birmingham, Alabama 35201

Please contact Regions as soon as you can, if you think your statement is wrong or if you need more information about a transfer listed on your statement. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us verbally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will determine whether an error occurred within ten (10) business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty-five (45) days to investigate your complaint or question (ninety (90) days for POS transactions or for transfers initiated outside of the United States). If we decide to do this, we will credit your account within ten (10) business days for the amount you think is in error. If, after the investigation, we determine that no bank error occurred, we will debit your account to the extent previously credited. If we ask you to put your complaint in writing and we do not receive it within ten (10) business days, we may not credit your account.

New Accounts- If an alleged error occurred within thirty (30) days after your first deposit to your account was made, we may have up to ninety (90) days to investigate your complaint, provided we credit your account within twenty (20) business days for the amount you think is in error.

If we decide there was no error, we will send you a written explanation within three (3) business days after we finish our investigation. You may ask for copies of the documents that we used in our investigation.

FOR QUESTIONS CONCERNING THIS STATEMENT OR FOR VERIFICATION OF A PREAUTHORIZED DEPOSIT, PLEASE CALL 1-800-REGIONS (734-4667) OR VISIT YOUR NEAREST REGIONS LOCATION.

| | | | | |
|---|---|---|---|---|
| ADJ - Adjustment | RI - Return Item | CR - Credit | SC - Service Charge | OD - Overdrawn |
| EB - Electronic Banking | NSF - Nonsufficient Funds | APY - Annual Percentage Yield | FWT - Federal Withholding Tax | *Break in Number Sequence |

You can make a deposit at the branch during business hours or at a Regions Deposit-Smart ATM, and you can also make a transfer or deposit through Regions Online Banking or Mobile Banking. To make a deposit to an overdrawn account 24 hours a day, please visit https://selfservice.regions.com.

[redacted]**0182** Etegra Inc

# CASH REQUIREMENTS

**THIS REPORT SUMMARIZES YOUR PAYROLL TRANSACTIONS FOR THE CHECK DATE 08/07/26. IT DOES NOT REFLECT MISCELLANEOUS ADMINISTRATIVE CHARGES. PLEASE REFER TO YOUR INVOICE(S) FOR THE TOTAL CASH REQUIRED FOR THIS CHECK DATE.**

## TRANSACTION DETAIL

**WIRE FUNDS TRANSFER** - *You must initiate transfer to Paychex on the same banking day as the transaction date*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/05/26 | Refer to your Paychex Initiated wire authorization | | Direct Deposit | Net Pay Allocations* | 15,116.35 | |
| 08/05/26 | Refer to your Paychex Initiated wire authorization | | Payroll | Employee Withholdings | | |
| | | | | Social Security | 1,315.91 | |
| | | | | Medicare | 307.75 | |
| | | | | Fed Income Tax | 2,917.22 | |
| | | | | MO Income Tax | 273.00 | |
| | | | | **Total Withholdings** | **4,813.88** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,315.92 | |
| | | | | Medicare | 307.75 | |
| | | | | **Total Liabilities** | **1,623.67** | |
| 08/05/26 | Refer to your Paychex Initiated wire authorization | | 401(k) Traditional | TO-PXROTH 401 EEPO | 640.27 | |
| | | | | TO-PX401 EEPRE | 640.27 | |
| | | | | TO-PX401 EECU | | |
| | | | | TO-PX401 ERCUM | | |
| | | | | TO-PXROTH 401 EECU | | |
| | | | | TO-PX401 ERMTCH | 200.08 | |
| 08/05/26 | Refer to your Paychex Initiated wire authorization | | PEO H&B | PEO DEN EE PRE | 89.42 | |
| | | | | PEO DEN ER CONT | | |
| | | | | PEO GTL ER CONT | 14.04 | |
| | | | | PEO VIS ER CONT | | |
| | | | | PEO MED EE POST MPP | | |
| | | | | PEOVAI EE POST | | |
| | | | | PEO STD ER CONT | 54.74 | |
| | | | | PEO LTD ER CONT | 107.60 | |
| | | | | PEO MED EE PRE MPP | 348.92 | |
| | | | | PEO VIS EE POST | | |
| | | | | PEO VIS EE PRE | 25.10 | |
| | | | | PEO LTD EE POST | | |
| | | | | PEO SPI EE POST | 1.88 | |
| | | | | PEOVHI EE POST | 11.70 | |
| | | | | PEOVHI ER CONT | | |
| | | | | PEO VLI EE POST | | |
| | | | | PEO SPI ER CONT | | |
| | | | | PEO VLI ER CONT | | |
| | | | | PEOVAI ER CONT | | |

[redacted]**0182** Etegra Inc

# CASH REQUIREMENTS

**THIS REPORT SUMMARIZES YOUR PAYROLL TRANSACTIONS FOR THE CHECK DATE 08/07/26. IT DOES NOT REFLECT MISCELLANEOUS ADMINISTRATIVE CHARGES. PLEASE REFER TO YOUR INVOICE(S) FOR THE TOTAL CASH REQUIRED FOR THIS CHECK DATE.**

**WIRE FUNDS TRANSFER (cont.)** - *You must initiate transfer to Paychex on the same banking day as the transaction date*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/05/26 | Refer to your Paychex Initiated wire authorization | | PEO H&B | PEO STD EE POST | | |
| | | | | **WIRE FUNDS TRANSFER FOR 08/05/26** | | **23,687.92** |
| | | | | **TOTAL WIRE FUNDS TRANSFER (Does not reflect administrative charges)** | | **23,687.92** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/07/26 | Refer to your records for account Information | | Payroll | Other Items | | |
| | | | | PEO MED ER CONT MPP | 766.00 | |
| | | | | **TOTAL OTHER ITEMS** | **766.00** | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (Does not reflect administrative charges)** | | **766.00** |

*FinFit is a component of Paychex Flex® Perks but is accounted for within the Net Pay Allocations.

**PAYCHEX**

[redacted]**-0182** Etegra Inc

# INSTRUCTIONS FOR WIRING FUNDS

You are required to initiate a wire transfer to Paychex on 08/05/2026. The following instructions will assist you in ensuring the accuracy and timeliness of your transfer.

1. Contact your financial institution to initiate a wire transfer and provide them with the following information:

| Wire Transfer Information | |
|---|---|
| **Our Bank Name:** | CHASE BANK, NA |
| **Our Bank Address:** | 1 Chase Manhattan Plaza<br>New York, NY 10081-New York |
| **Our Bank Wire Room#:** | (866) 223 - 0359 |
| **Our Bank R&T Number:** | [redacted] |
| **Our Bank Account Name:** | Paychex of New York |
| **Our Bank Account Number:** | [redacted] |
| **Your Paychex Client Name:** | Etegra Inc |
| **Your Paychex Client Number:** | 70090182 |
| **Note:** Your Paychex Client Number **must be recorded in ####-######## format** in the wire "Payment Detail Field" or "Beneficiary Reference Fund". | |
| **WIRE TRANSFER AMOUNT:** | PLEASE REFER TO YOUR INVOICE(S) FOR THE TOTAL CASH REQUIRED FOR THIS CHECK DATE. |

2. Once the wire transfer has been initiated, obtain the "Fed Wire Confirmation Number" from your financial institution. In the event of an unsuccessful transfer, we may ask you for this number for assistance in researching the cause.

3. If you have questions, contact Paychex HRS Financial Operations at (877) 838-7950, option 10.

[redacted]**-0182** Etegra Inc

# CASH REQUIREMENTS

**THIS REPORT SUMMARIZES YOUR PAYROLL TRANSACTIONS FOR THE CHECK DATE 08/21/26. IT DOES NOT REFLECT MISCELLANEOUS ADMINISTRATIVE CHARGES. PLEASE REFER TO YOUR INVOICE(S) FOR THE TOTAL CASH REQUIRED FOR THIS CHECK DATE.**

## TRANSACTION DETAIL

**WIRE FUNDS TRANSFER** - *You must initiate transfer to Paychex on the same banking day as the transaction date*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/19/26 | Refer to your Paychex Initiated wire authorization | | Direct Deposit | Net Pay Allocations* | 14,192.62 | |
| 08/19/26 | Refer to your Paychex Initiated wire authorization | | Payroll | Employee Withholdings | | |
| | | | | Social Security | 1,201.24 | |
| | | | | Medicare | 280.95 | |
| | | | | Fed Income Tax | 2,508.86 | |
| | | | | MO Income Tax | 193.00 | |
| | | | | **Total Withholdings** | **4,184.05** | |
| | | | | Employer Liabilities | | |
| | | | | Social Security | 1,201.25 | |
| | | | | Medicare | 280.93 | |
| | | | | **Total Liabilities** | **1,482.18** | |
| 08/19/26 | Refer to your Paychex Initiated wire authorization | | 401(k) Traditional | TO-PX401 EEPRE | 492.31 | |
| | | | | TO-PXROTH 401 EEPO | 492.31 | |
| | | | | TO-PX401 EECU | | |
| | | | | TO-PX401 ERCUM | | |
| | | | | TO-PXROTH 401 EECU | | |
| | | | | TO-PX401 ERMTCH | 153.85 | |
| 08/19/26 | Refer to your Paychex Initiated wire authorization | | PEO H&B | PEO DEN EE PRE | 89.42 | |
| | | | | PEO DEN ER CONT | | |
| | | | | PEO GTL ER CONT | 14.04 | |
| | | | | PEO VIS ER CONT | | |
| | | | | PEO MED EE POST MPP | | |
| | | | | PEOVAI EE POST | | |
| | | | | PEO STD ER CONT | 54.74 | |
| | | | | PEO LTD ER CONT | 107.60 | |
| | | | | PEO MED EE PRE MPP | 348.92 | |
| | | | | PEO VIS EE POST | | |
| | | | | PEO VIS EE PRE | 25.10 | |
| | | | | PEO LTD EE POST | | |
| | | | | PEO SPI EE POST | 1.88 | |
| | | | | PEOVHI ER CONT | | |
| | | | | PEOVHI EE POST | 11.70 | |
| | | | | PEO VLI EE POST | | |
| | | | | PEO VLI ER CONT | | |
| | | | | PEO SPI ER CONT | | |
| | | | | PEOVAI ER CONT | | |

[redacted]-0182 Etegra Inc

# CASH REQUIREMENTS

**THIS REPORT SUMMARIZES YOUR PAYROLL TRANSACTIONS FOR THE CHECK DATE 08/21/26. IT DOES NOT REFLECT MISCELLANEOUS ADMINISTRATIVE CHARGES. PLEASE REFER TO YOUR INVOICE(S) FOR THE TOTAL CASH REQUIRED FOR THIS CHECK DATE.**

**WIRE FUNDS TRANSFER (cont.)** - *You must initiate transfer to Paychex on the same banking day as the transaction date*

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | TOTAL |
|---|---|---|---|---|---|
| 08/19/26 | Refer to your Paychex Initiated wire authorization | | PEO H&B | PEO STD EE POST | |
| | | | | **WIRE FUNDS TRANSFER FOR 08/19/26** | **21,650.72** |
| | | | | **TOTAL WIRE FUNDS TRANSFER (Does not reflect administrative charges)** | **21,650.72** |

**REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES**

| TRANS. DATE | BANK NAME | ACCOUNT NUMBER | PRODUCT | DESCRIPTION | | TOTAL |
|---|---|---|---|---|---|---|
| 08/21/26 | Refer to your records for account Information | | Payroll | Other Items | | |
| | | | | PEO MED ER CONT MPP | 766.00 | |
| | | | | **TOTAL OTHER ITEMS** | **766.00** | |
| | | | | **TOTAL REMAINING DEDUCTIONS / WITHHOLDINGS / LIABILITIES (Does not reflect administrative charges)** | | **766.00** |

*FinFit is a component of Paychex Flex® Perks but is accounted for within the Net Pay Allocations.

PAYCHEX

[redacted]0182 Etegra Inc

# INSTRUCTIONS FOR WIRING FUNDS

You are required to initiate a wire transfer to Paychex on 08/19/2026. The following instructions will assist you in ensuring the accuracy and timeliness of your transfer.

1. Contact your financial institution to initiate a wire transfer and provide them with the following information:

| Wire Transfer Information | |
|---|---|
| **Our Bank Name:** | CHASE BANK, NA |
| **Our Bank Address:** | 1 Chase Manhattan Plaza<br>New York, NY 10081-New York |
| **Our Bank Wire Room#:** | (866) 223 - 0359 |
| **Our Bank R&T Number:** | [redacted] |
| **Our Bank Account Name:** | Paychex of New York |
| **Our Bank Account Number:** | [redacted] |
| **Your Paychex Client Name:** | Etegra Inc |
| **Your Paychex Client Number:** | 70090182 |
| **Note:** Your Paychex Client Number **must be recorded in ####-######## format** in the wire "Payment Detail Field" or "Beneficiary Reference Fund". | |
| **WIRE TRANSFER AMOUNT:** | PLEASE REFER TO YOUR INVOICE(S) FOR THE TOTAL CASH REQUIRED FOR THIS CHECK DATE. |

2. Once the wire transfer has been initiated, obtain the "Fed Wire Confirmation Number" from your financial institution. In the event of an unsuccessful transfer, we may ask you for this number for assistance in researching the cause.

3. If you have questions, contact Paychex HRS Financial Operations at (877) 838-7950, option 10.