**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:

ETEGRA, INC.,

Debtor.
_______________________________/

CASE NO.: 25-24345-EPK
CHAPTER 11

# EXHIBIT REGISTER

Exhibits submitted on behalf of: Debtor, Etegra, Inc.

Matter set for hearing/trial: Confirmation

Related docket entry number(s): 1, 8, 56, 56-2, 81, 82, 93, 121, 122, 126, 134,

Date of hearing/trial: September 15, 2026

By: Dana Kaplan, Esquire
FL Bar No.: 44315
Kelley Kaplan Delaney & Eller PLLC
1555 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401
(561) 491-1200

| Exhibit Number | Description | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| 1. | Disclosure Statement (56) | | | |
| 2. | Amended Disclosure Statement(82) | | | |
| 3. | Amended Plan (81) | | | |
| 4. | Confirmation Affidavit-Aditi Allady (122) | | | |
| 5. | Certificate of Proponent of the Plan (126) | | | |

| | | | | |
|---|---|---|---|---|
| 6. | Certificate of Service – Solicitation Package (93) | | | |
| 7. | New Value Contribution by Aditi Allady (134) | | | |
| 8. | Liquidation Analysis (56-2, 82-2) | | | |
| 9 | Projections (121) | | | |
| 10 | Monthly Operating Reports (January – August, 2026) | | | |
| 11 | Petition and Schedules (1) | | | |
| 12 | Amended Schedule A/B (8) | | | |