**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:
ETEGRA, INC.,

Debtor.
_________________________________________/

CASE NO.: 25-24345 EPK
CHAPTER 11

# CERTIFICATE OF SERVICE

I certify that on July 21, 2026, the **Order (I) Conditionally Approving Amended Disclosure Statement; (II) Setting Hearing On Final Approval Of Amended Disclosure Statement And Confirmation Of Amended Plan; (III) Setting Hearing On Fee Applications; (IV) Setting Various Deadlines; And (V) Describing Plan Proponents Obligations ([81] Amended Chapter 11 Plan filed by Debtor Etegra, Inc., [82] Amended Disclosure Statement filed by Debtor Etegra, Inc.). [Dkt. No.88]; First Amended Chapter 11 Plan of Reorganization (Related Document(s):57 Chapter 11 Plan filed by Debtor Etegra, Inc.) [Dkt. No.81]; First Amended Disclosure Statement (Related Document(s):56 Disclosure Statement filed by Debtor Etegra, Inc.) Filed by Debtor Etegra, Inc. [Dkt. No.82]; Notice of Filing *Blank Ballot*, Filed by Debtor Etegra, Inc. [Dkt. No.72]** was served electronically on the following parties:

- **Heidi A Feinman Heidi.A.Feinman@usdoj.gov**
- **Dana L Kaplan dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com**
- **Michael A Kaufman eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com**
- **Craig I Kelley craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com**
- **Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov**
- **Christian Somodevilla Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov**

I further certify that on July 21, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties and the parties listed on the attached mailing matrix:

- **Christopher S. Murphy**
  **Texas Attorney General's Office**
  **Bankruptcy & Collections Division**
  P.O. Box 12548
  Austin, TX 78711-2548
- **Etegra, Inc.**
  4152 W Blue Heron Blvd
  Suite 116
  West Palm Beach, FL 33404
  *See attached matrix.

KELLEY KAPLAN DELANEY & ELLER, PLLC
Attorneys for Debtor
1665 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
bankruptcy@kelleylawoffice.com
By:/s/ *Dana Kaplan*________
Dana Kaplan
Florida Bar No.: 44315

Label Matrix for local noticing
113C-9
Case 25-24345-EPK
Southern District of Florida
West Palm Beach
Fri Jul 17 12:03:43 EDT 2026

CooverClark & Associates, Inc., a Colorado c
c/o Michael A. Kaufman, P.A.
1615 Forum Place, Suite 200
West Palm Beach, FL 33401-2315

Etegra, Inc.
4152 W Blue Heron Blvd
Suite 116
West Palm Beach, FL 33404-4858

United States of America, U.S. Small Busines
c/o Christian Somodevilla
99 N.E. 4th Street, Suite 300
Miami, FL 33132-2131

ADVANTAGE LEASING CORP.
13400 BISHOPS LN STE 250
Brookfield, WI 53005-6237

Allady, Aditi
8725 Grape View Blvd
Loxahatchee, FL 33470-5631

Andrew Kishna
3610 Gulf City Road
Ruskin, FL 33570-2621

Army Corp of Engineers
P.O. Box 2946
Portland, OR 97208-2946

Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

BLACK & VEATCH SPC
PO Box 803823
Kansas City, MO 64180-3823

Benefits Plan Plus
11701 Borman Dr Suite 300
Saint Louis, MO 63146-4194

Benham
622 Emerson Rd Suite 600
Saint Louis, MO 63141-6728

C T CORPORATION SYSTEM
330 N BRAND BLVD STE 700
Glendale, CA 91203-2336

C.H. Guernsey & Company
Stephen L. Jantzen, Esq.
400 N Walnut Ave
Oklahoma City, OK 73104-2207

CDM Smith
10306 Eaton Place, Suite 220
Fairfax, VA 22030-2201

CEMS Engineering, Inc.
108 Bentons Lodge Rd Suite B
Summerville, SC 29485-6336

CIBM BANK
12700 W BLUEMOUND RD STE 150
Elm Grove, WI 53122-2637

CMTA
7578 Solutions Center
Chicago, IL 60677-7005

Cane & Weiner
5805 Sepulveda Blvd 4th Fl
Van Nuys, CA 91411-2532

Career Collective LLC
4801 Glenwood Ave Suite 400
Raleigh, NC 27612-3857

Carter, Joseph
8850 Glen Rose Dr
Saint Louis, MO 63126-2314

Coover-Clark & Associate, Inc
1936 Market Street
Denver, CO 80202-1420

County Blue Reprographics
811 Hanley Industrial Ct
Saint Louis, MO 63144-1402

Dalls County Tax Assessor-Collector
John R. Ames, PCC, CTA
P.O. Box 139066
Dallas, TX 75313-9066

David Peters
3 Wildwood Circle
St. Louis, MO 63126-1127

ENTERPRISE BANK & TRUST
444 E SANTA FE ST
Olathe, KS 66061-3446

ETEGRA-LWPB JV1, LLC
Kelly M. Neal, Buchanan Ingersoll & Roon
501 Grant Street, Suite 200
501 Grant Street
Pittsburgh, PA 15219-4406

Ecoworks Studio LLC
210 Hurt Street NE
Atlanta, GA 30307-2537

(p)FIRST INSURANCE FUNDING
450 SKOKIE BLVD SUITE 1000
NORTHBROOK IL 60062-7917

Faith Group LLC
Sharon L. Stolte - Sandberg Phoenix
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112-3042

Faith Group, LLC
3101 S Hanley Rd
Saint Louis, MO 63143-3601

Freese & Nichols Inc
801 Cherry Street, Suite 2800
Fort Worth, TX 76102-6804

G&I VIII Dominion Plaza LP
17304 Preston Rd Suite 200
Dallas, TX 75252-4631

G&I VIII Dominion Plaza LP
901 Main Street, Suite 4200
Dallas, TX 75202-3723

(p)UES PROFESSIONAL SOLUTIONS 25 LLC
ATTN NORM ESLAMIAN
11816 LACKLAND RD
SUITE 150
SAINT LOUIS MO 63146-4237

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

GreatAmerica Financial Services Corporat
P.O. Box 609
Cedar Rapids, IA 52406-0609

GreatAmerica Financial Services Corporation
ATTN: Peggy Upton
625 First St. SE
Cedar Rapids, IA 52401-2032

Guernsy
5555 Noth Grand Blvd
Oklahoma City, OK 73112

Hesterberg, Bruce
6224 North Lakeshore Drive
House Springs, MO 63051-1119

Hutchinson, Kurt
3127 Eads Ave
Saint Louis, MO 63104-1429

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Talbot Sant, Jr.
Beck & Sant, LLC
11775 Borman Drive, Ste. 216
Maryland Heights, MO 63146-4134

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, Texas 75001-9013

Jacobs Engineering Group.
1100 North Globe Rd Suite 500
Arlington, VA 22201-5785

John C. Walker, CPA, PA
631 US Highway 1, Suite 309
North Palm Beach, FL 33408-4618

John Reynolds
1737 Briarmanor Drive
Lake Saint Louis, MO 63367-6446

Juniper Environmental
1121 Olivette Executive Pkwy Ste 120
Saint Louis, MO 63132-3254

Kishna, Andrew
6367 Bridgecrest Dr
Lithia, FL 33547-4868

Kishna, Sonnie
6367 Bridgecrest Dr
Lithia, FL 33547-4868

LEIDOS
PO Box 223058
Pittsburgh, PA 15251-2058

LWPB, Inc.
Kelly M. Neal, Buchanan Ingersoll & Roon
501 Grant Street, Suite 200
Pittsburgh, PA 15219-4413

Larson Design Group
1000 Commerce Park Dr Suite 201
Williamsport, PA 17701-5475

Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219-3959

Love, Glenn
4816 Carlene Way SW
Lilburn, GA 30047-4706

McCarthy, Leonard & Kaemmerer, L.C.
825 Maryville Centre Dr Suite 300
Chesterfield, MO 63017-5946

Michael A. Kaufman, P.A.
c/o Coover-Clark Associates, Inc.
1615 Forum Place, Suite 200
West Palm Beach, FL 33401-2315

(p)MISSOURI DIVISION OF EMPLOYMENT SECURITY
ATTN COLLECTIONS
P O BOX 59
JEFFERSON CITY MO 65104-0059

Murthy, Thandava
1620 Sweetwater Lane
Prosper, TX 75078-7273

OCMI
PO Box 4368
Costa Mesa, CA 92628-4368

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Olsson
PO Box 84608 / 601 P St Suite 200
Lincoln, NE 68501-4608

PEOPLES CAPITAL AND LEASING CORP. AND IT
2005 MARKET ST FL 14
Philadelphia, PA 19103-7009

Paychex of New York, LLC
28 Liberty St.
New York, NY 10005-1400

Preston, Bruce
6894 Honeybee Lane
Frisco, TX 75036-0944

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

RADISE International, L.C.
4152 WEST BLUE HERON BOULEVARD, # 1
West Palm Beach, FL 33404-4860

Radise International LC
4152 W Blue Heron Blvd, 1114
Riviera Beach, FL 33404-4806

Ramsaroop, Paul
P. O. Box 99
Elsah, IL 62028-0099

SANDBERG PHOENIX
600 Washington Ave 15th Floor
Saint Louis, MO 63101-1313

Smart Infrastructure LLC
4152 W Blue Heron Blvd, 112
Riviera Beach, FL 33404-4858

Smart Infrastructure, LLC
4152 W Blue Heron Blvd, Suite 1114
West Palm Beach, FL 33404-4806

Smart Infratech
4152 W Blue Heron Blvd
Riviera Beach, FL 33404-4811

Smart Office Automation
LLC
3330 Keller Springs Rd
Suite 203
Carrollton, TX 75006-5058

Smart Office Automation LLC
6623 THEALL
Houston, TX 77066-1213

TBG Partners
3232 E Cesar Chavez Bldg 1 Ste 100
Austin, TX 78702-4974

Texas Comptroller of Public Accounts
Office of The Attorney General
Bankruptcy & Collections Division
PO Box 12548, MC-008
Austin, TX 78711-2548

Texas Franchise Board
PO Box 149348
Austin, TX 78714-9348

The City of Town & Country
1011 Municipal Center Dr
Saint Louis, MO 63131-1133

Town & Country Investors, LLC
1714 Deer Tracks Trail, Suite 100
Saint Louis, MO 63131-1838

Town & Country Investors, LLC
Johnson Group, Inc
1714 Deer Tracks Trail, Suite 100
Saint Louis, MO 63131-1838

U. S. Small Business Administration
CESC - SBA
14925 Kingsport Road
Fort Worth, TX 76155-2243

(p)U S ATTORNEY'S OFFICE
99 NE 4TH STREET SUITE 300
MIAMI FL 33132-2131

U.S. Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240-1000

U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Association
SBA Administrator
Isabella Casillas Guzman
409 3rd St SW
Washington, DC 20024-3212

United States Army Corps of Engineers
Julie S. (Shay) Hill
Military Contracting Branch
2488 E. 81st Street
Tulsa, OK 74137-4290

United States Army Corps of Engineers
c/o Carol Coover Clark
1936 Market Street
Denver, CO 80202-1420

United States Army Corps of Engineers
c/o Julie S. (Shay) Hill
Military Contracting Branch
2488 E. 81st Street
Tulsa, OK 74137-4290

United States Army Corps of Engineers
c/o Matthew Milliorn, CEM
819 Taylor Street
Room 4A05
Fort Worth, TX 76102-6124

Craig I Kelley
1665 Palm Beach Lakes Blvd
Ste 1000
West Palm Beach, FL 33401-2109

Dana L Kaplan
1555 Palm Beach Lakes Blvd.
Ste 1000
West Palm Beach, FL 33401-2328

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIRST Insurance Funding
450 Skokie Blvd. Suite 1000
Northbrook, IL 60062

Geotechnology
11816 Lackland Road Suite 150
Saint Louis, MO 63146

Great America Leasing Corp
PO Box 660831
Dallas, TX 75266-0831

Missouri Department of Labor and Industr
PO Box 59
Jefferson City, MO 65104

U.S. Attorney
99 NE 4th Street
Miami, FL 33132

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Texas Comptroller of Public Accounts, Reve

(u)West Palm Beach

(d)United States Army Corps of Engineers
c/o Carol Coover-Clark
1936 Market Street
Denver, CO 80202-1420

End of Label Matrix
Mailable recipients 91
Bypassed recipients 3
Total 94