| **Exhibit "B" Liquidation Analysis** | |
|---|---|
| | |
| **Property** | **Value** |
| Chase Checking | 7,090.59 |
| Chase Checking | 948.48 |
| Chase Checking | 4,074.92 |
| Chase Checking | 12,381.42 |
| Town & Country Investors | 0.00 |
| G&I VIII Dominion Plaza | 0.00 |
| 90 Days Accounts Receivable | 209,485.63 |
| 90 Days Old Accounts Receivable | 202,249.93 |
| Joint Venture Agreement HNTB CORPORATION- Projects: | Unknown |
| Horner & Shifrin, Inc: Project -H&S_STL ZOO_BHHVAC | Unknown |
| Joint Venture Agreement Project: INFLUENCE CHURCH | Unknown |
| Joint Venture Agreement Project: Juniper Environmental | Unknown |
| Joint Venture Agreement NGA WEST | Unknown |
| Joint Venture Agreement - State Of Missouri- Project: MOARNG Sikeston RC T2235-01 | Unknown |
| Etegra-B&V- MP, LLC | Unknown |
| Etegra-CooverClark JV1, LLC | Unknown |
| Etegra-GranKriegel JV1, LLC | Unknown |
| Etegra-RDG JV1, LLC | Unknown |
| **Total Assets** | **436,230.97** |
| | |
| | |
| **Secured Claims** | |
| U.S. Small Business Association | $436,230.97 |
| **Total Secured Claims** | **$436,230.97** |
| | |
| Administrative Expenses | |
| Chapter 11 Attorneys Fees | $150,000.00 |
| Chapter 7 Fees | $90,000.00 |
| Post-Petition Payroll | $250,000.00 |
| Accountant Fees | $40,000.00 |
| **Administrative Expense Subtotal** | **$530,000.00** |
| | |
| Subtotal Liabilities & Admin. Expenses | |
| Assets (Non-exempt) | **$436,230.97** |
| Liabilities and admins | $966,230.97 |
| | |
| Funds available for unsecured creditors | **-$530,000.00** |