**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:
ETEGRA, INC.,

CASE NO.: 25-24345 EPK
CHAPTER 11

Debtor.
_________________________________________/

## NOTICE OF FILING

The Debtor, ETEGRA, INC., by and through the undersigned attorney, hereby files the following document:

1. Amended Projections

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Email/USPS/ or CM/ECF to all parties below and those registered to receive same on 27th day of August 2026.

KELLEY KAPLAN DELANEY ELLER, PLLC
1555 Palm Beach Lakes Blvd, Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By: /s/ *Dana Kaplan*________
Dana Kaplan
Florida Bar No.: 44315

**Mailing Information for Case 25-24345-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Michael A Kaufman** eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com
- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com;scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov

- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**

**Christopher S. Murphy**
Texas Attorney General's Office
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

Etegra - Projections (Amended)

| | November 2026 | December 2026 | January 2027 | February 2027 | March 2027 | April 2027 | May 2027 | June 2027 | July 2027 | August 2027 | September 2027 | October 2027 | Total Year 1 | Total Year 2 | Total Year 3 | Total Year 4 | Total Year 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Revenue | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $95,000.00 | $1,140,000.00 | $1,174,200.00 | $1,203,555.00 | $1,227,626.10 | $1,252,178.62 |
| Cost Of Professional Services: | | | | | | | | | | | | | | | | | |
| Direct Labor | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $32,000.00 | $384,000.00 | $391,680.00 | $399,513.60 | $407,503.87 | $415,653.95 |
| Sublet Contractors | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $20,000.00 | $240,000.00 | $244,800.00 | $249,696.00 | $254,689.92 | $259,783.72 |
| Travel | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $30,000.00 | $30,600.00 | $31,212.00 | $31,836.24 | $32,472.96 |
| Total Cost of Professiona Services | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $54,500.00 | $654,000.00 | $667,080.00 | $680,421.60 | $694,030.03 | $707,910.63 |
| Fringe- Labor : | | | | | | | | | | | | | | | | | |
| Fringe Labor | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $3,375.00 | $40,500.00 | $41,310.00 | $42,136.20 | $42,978.92 | $43,838.50 |
| Medical | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $6,325.00 | $75,900.00 | $77,418.00 | $78,966.36 | $80,545.69 | $82,156.60 |
| 401K | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $300.00 | $3,600.00 | $3,672.00 | $3,745.44 | $3,820.35 | $3,896.76 |
| Total Fringe - Labor | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $10,000.00 | $120,000.00 | $122,400.00 | $124,848.00 | $127,344.96 | $129,891.86 |
| Overhead: | | | | | | | | | | | | | | | | | |
| OH Labor | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $108,000.00 | $110,160.00 | $112,363.20 | $114,610.46 | $116,902.67 |
| Professional Services - Sublet Contractors | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $24,000.00 | $24,480.00 | $24,969.60 | $25,468.99 | $25,978.37 |
| Total Overhead | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $11,000.00 | $132,000.00 | $134,640.00 | $137,332.80 | $140,079.46 | $142,881.05 |
| General & Administrative: | | | | | | | | | | | | | | | | | |
| EE Relations- Paychex Fees | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $475.00 | $5,700.00 | $5,814.00 | $5,930.28 | $6,048.89 | $6,169.86 |
| Licenses - Software | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $425.00 | $5,100.00 | $5,202.00 | $5,306.04 | $5,412.16 | $5,520.40 |
| Insurance- Professional Liability | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $3,417.00 | $41,004.00 | $41,824.08 | $42,660.56 | $43,513.77 | $44,384.05 |
| Management Fees | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $60,000.00 | $90,000.00 | $90,000.00 | $90,000.00 | $90,000.00 |
| Total General and Administrative | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $9,317.00 | $111,804.00 | $142,840.08 | $143,896.88 | $144,974.82 | $146,074.32 |
| Total Expenses | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $84,817.00 | $1,017,804.00 | $1,066,960.08 | $1,086,499.28 | $1,106,429.27 | $1,126,757.85 |
| Plan Payments | | | | | | | | | | | | | | | | | |
| SBA | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $7,850.00 | $94,200.00 | $94,200.00 | $94,200.00 | $94,200.00 | $94,200.00 |
| Texas Comptroller | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $455.81 | $5,469.72 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Creditors | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $1,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| Total Plan Payments | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $9,305.81 | $111,669.72 | $106,200.00 | $106,200.00 | $106,200.00 | $106,200.00 |
| Net Income After Plan Pay | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $877.19 | $10,526.28 | $1,039.92 | $10,855.72 | $14,996.83 | $19,220.77 |