Case 25-24345-EPK Doc 15 Filed 01/21/26 Page 1 of 10

UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Florida

West Palm Beach Divison

In Re. Etegra Inc. §
§
§
Debtor(s) §

Case No. 25-24345

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 12/31/2025

Petition Date: 12/04/2025

Months Pending: 1

Industry Classification: 5 4 1 9

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 8

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

01/21/2026
Date

Craig I. Kelley, Esq.
Printed Name of Responsible Party

Kelley Kaplan Delaney & Eller PLLC
1665 Palm Beach Lakes Blvd., Ste.1000
West Palm Beach, FL 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $7,596 | |
| b. | Total receipts (net of transfers between accounts) | $104,929 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $93,873 | $0 |
| d. | Cash balance end of month (a+b-c) | $18,652 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $93,873 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $329,493 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $218,225 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $348,145 |
| e. | Total assets | $684,830 |
| f. | Postpetition payables (excluding taxes) | $95,693 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $95,693 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,860,950 |
| o. | Ending equity/net worth (e-n) | $-6,176,121 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $35,837 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $51,064 | |
| c. | Gross profit (a-b) | $-15,227 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $58,390 | |
| f. | Other expenses | $17,398 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-91,015 | $0 |

UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Florida

West Palm Beach Division

In Re. Etegra Inc. §
§
§
Debtor(s) §

Case No. 25-24345

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 01/31/2026

Petition Date: 12/04/2025

Months Pending: 2

Industry Classification: 5 4 1 9

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 6

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

02/17/2026
Date

Craig I. Kelley, Esq.
Printed Name of Responsible Party

Kelley Kaplan Delaney & Eller PLLC
1665 Palm Beach Lakes Blvd., Ste. 1000
West Palm Beach, FL 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $18,652 | |
| b. | Total receipts (net of transfers between accounts) | $59,326 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $68,577 | $0 |
| d. | Cash balance end of month (a+b-c) | $9,401 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $68,577 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $343,807 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $255,533 |
| c. | Inventory ( Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $353,208 |
| e. | Total assets | $509,208 |
| f. | Postpetition payables (excluding taxes) | $79,313 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $79,313 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,844,570 |
| o. | Ending equity/net worth (e-n) | $-6,335,362 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $70,893 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $38,282 | |
| c. | Gross profit (a-b) | $32,611 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $4,290 | |
| f. | Other expenses | $37,010 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-8,688 | $0 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

West Palm Beach Division

| | | |
|---|---|---|
| In Re. Etegra Inc. | § | Case No. 25-24345 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 02/27/2026 — Petition Date: 12/04/2025

Months Pending: 3 — Industry Classification: 5 4 1 9

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 4

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Craig I. Kelley, Esq.
Signature of Responsible Party

03/16/2026
Date

Craig I. Kelley, Esq.
Printed Name of Responsible Party

Kelley Kaplan Delaney & Eller PLLC
1665 Palm Beach Lakes Blvd., Ste.1000
West Palm Beach, FL 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $9,401 | |
| b. Total receipts (net of transfers between accounts) | $65,831 | $0 |
| c. Total disbursements (net of transfers between accounts) | $60,061 | $0 |
| d. Cash balance end of month (a+b-c) | $15,171 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $60,061 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $289,457 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $255,533 |
| c. Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d Total current assets | $304,628 |
| e. Total assets | $509,833 |
| f. Postpetition payables (excluding taxes) | $94,198 |
| g. Postpetition payables past due (excluding taxes) | $94,198 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $94,198 |
| k. Prepetition secured debt | $1,726,297 |
| l. Prepetition priority debt | $5,716 |
| m. Prepetition unsecured debt | $5,033,244 |
| n. Total liabilities (debt) (j+k+l+m) | $6,859,455 |
| o. Ending equity/net worth (e-n) | $-6,349,623 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $40,721 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $48,347 | |
| c. Gross profit (a-b) | $-7,626 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $6,698 | |
| f. Other expenses | $36,166 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-50,490 | $0 |

UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Florida

West Palm Beach

| | | | |
|---|---|---|---|
| In Re. Etegra Inc. | § | Case No. | 25-24345 |
| | § | | |
| | § | | |
| Debtor(s) | § | ☐ Jointly Administered | |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 12/04/2025

Months Pending: 4

Industry Classification: 5 4 1 9

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

04/28/2026
Date

Craig I. Kelley
Printed Name of Responsible Party

1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc.  Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $15,170 | |
| b. | Total receipts (net of transfers between accounts) | $14,774 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $25,633 | $0 |
| d. | Cash balance end of month (a+b-c) | $4,311 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $25,633 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $388,794 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $286,173 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $208,749 |
| e. | Total assets | $222,663 |
| f. | Postpetition payables (excluding taxes) | $102,117 |
| g. | Postpetition payables past due (excluding taxes) | $102,117 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $102,117 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,867,374 |
| o. | Ending equity/net worth (e-n) | $-6,644,711 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $81,030 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $42,710 | |
| c. | Gross profit (a-b) | $38,320 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $5,544 | |
| f. | Other expenses | $33,820 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-1,046 | $0 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | | | |
|---|---|---|---|
| In Re. Etegra Inc. | § | Case No. | 25-24345 |
| | § | | |
| | § | | |
| Debtor(s) | § | ☐ Jointly Administered | |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026

Petition Date: 12/04/2025

Months Pending: 5

Industry Classification: 7 3 8 9

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

| | |
|---|---|
| /s/ Craig I. Kelley | Craig I. Kelley |
| Signature of Responsible Party | Printed Name of Responsible Party |
| 05/06/2026 | 1665 Palm Beach Lakes Blvd., Suite 1000<br>West Palm Beach, FL 33401 |
| Date | Address |

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $4,311 | |
| b. | Total receipts (net of transfers between accounts) | $75,395 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $78,377 | $0 |
| d. | Cash balance end of month (a+b-c) | $1,328 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $78,377 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $386,906 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $292,147 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $238,330 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $115,648 |
| g. | Postpetition payables past due (excluding taxes) | $80,925 |
| h. | Postpetition taxes payable | $1,193 |
| i. | Postpetition taxes past due | $959 |
| j. | Total postpetition debt (f+h) | $116,841 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,882,098 |
| o. | Ending equity/net worth (e-n) | $-6,882,098 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $97,319 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $49,693 | |
| c. | Gross profit (a-b) | $47,626 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $3,650 | |
| f. | Other expenses | $33,838 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $10,137 | $0 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

In Re. Etegra Inc. §
§
§
Debtor(s) §

Case No. 25-24345

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026

Petition Date: 12/04/2025

Months Pending: 6

Industry Classification: 7 3 8 9

Reporting Method: Accrual Basis ◯ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

06/09/2026
Date

Craig I. Kelley
Printed Name of Responsible Party

1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,328 | |
| b. Total receipts (net of transfers between accounts) | $72,061 | $0 |
| c. Total disbursements (net of transfers between accounts) | $46,602 | $0 |
| d. Cash balance end of month (a+b-c) | $26,787 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $46,602 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $411,606 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $299,759 |
| c. Inventory (Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d Total current assets | $254,037 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $163,846 |
| g. Postpetition payables past due (excluding taxes) | $70,898 |
| h. Postpetition taxes payable | $1,193 |
| i. Postpetition taxes past due | $959 |
| j. Total postpetition debt (f+h) | $165,040 |
| k. Prepetition secured debt | $1,726,297 |
| l. Prepetition priority debt | $5,716 |
| m. Prepetition unsecured debt | $5,033,244 |
| n. Total liabilities (debt) (j+k+l+m) | $6,930,297 |
| o. Ending equity/net worth (e-n) | $-6,930,297 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $78,280 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $34,041 | |
| c. Gross profit (a-b) | $44,239 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $2,114 | |
| f. Other expenses | $31,465 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $10,660 | $0 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re. Etegra Inc. §
§
§
Debtor(s) §

Case No. 25-24345

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2026

Petition Date: 12/04/2025

Months Pending: 7

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☒ Accounts receivable aging
☒ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

07/07/2026
Date

Craig I. Kelley
Printed Name of Responsible Party

1555 Palm Beach Lakes Blvd Suite 1000
West Palm Beach 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $26,787 | |
| b. | Total receipts (net of transfers between accounts) | $91,430 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $111,131 | $0 |
| d. | Cash balance end of month (a+b-c) | $7,087 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $111,131 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $340,131 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $282,038 |
| c. | Inventory ( Book ◯ Market ◯ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $162,861 |
| e. | Total assets | $164,632 |
| f. | Postpetition payables (excluding taxes) | $141,944 |
| g. | Postpetition payables past due (excluding taxes) | $68,107 |
| h. | Postpetition taxes payable | $1,193 |
| i. | Postpetition taxes past due | $959 |
| j. | Total postpetition debt (f+h) | $143,137 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,908,394 |
| o. | Ending equity/net worth (e-n) | $-6,743,762 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $143,695 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $34,308 | |
| c. | Gross profit (a-b) | $109,387 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $14,816 | |
| f. | Other expenses | $39,115 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $55,455 | $0 |

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| In Re. Etegra Inc. | § | Case No. 25-24345 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 12/04/2025

Months Pending: 8

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

08/10/2026
Date

Craig I. Kelley
Printed Name of Responsible Party

1555 Palm Beach Lakes Blvd Suite 1000
West Palm Beach 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $7,087 | |
| b. | Total receipts (net of transfers between accounts) | $24,599 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $12,518 | $0 |
| d. | Cash balance end of month (a+b-c) | $19,168 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $12,518 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $434,345 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $105,828 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $179,156 |
| e. | Total assets | $279,899 |
| f. | Postpetition payables (excluding taxes) | $155,845 |
| g. | Postpetition payables past due (excluding taxes) | $45,458 |
| h. | Postpetition taxes payable | $1,193 |
| i. | Postpetition taxes past due | $959 |
| j. | Total postpetition debt (f+h) | $157,038 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,922,295 |
| o. | Ending equity/net worth (e-n) | $-6,642,396 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $71,380 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $33,255 | |
| c. | Gross profit (a-b) | $38,125 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $7,876 | |
| f. | Other expenses | $37,349 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $7,100 | $0 |

UNITED STATES BANKRUPTCY COURT

Southern DISTRICT OF Florida

West Palm Beach

| | | |
|---|---|---|
| In Re. Etegra Inc. | § | Case No. 25-24345 |
| | § | |
| | § | |
| Debtor(s) | § | ☐ Jointly Administered |

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 08/31/2026

Petition Date: 12/04/2025

Months Pending: 9

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 5

Debtor's Full-Time Employees (as of date of order for relief): 9

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Craig I. Kelley
Signature of Responsible Party

09/10/2026
Date

Craig I. Kelley
Printed Name of Responsible Party

1555 Palm Beach Lakes Blvd Suite 1000
West Palm Beach 33401
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Etegra Inc. Case No. 25-24345

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $19,167 | |
| b. | Total receipts (net of transfers between accounts) | $100,428 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $79,926 | $0 |
| d. | Cash balance end of month (a+b-c) | $39,669 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $79,926 | $0 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $369,459 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $122,164 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $224,772 |
| e. | Total assets | $297,140 |
| f. | Postpetition payables (excluding taxes) | $145,078 |
| g. | Postpetition payables past due (excluding taxes) | $52,544 |
| h. | Postpetition taxes payable | $1,193 |
| i. | Postpetition taxes past due | $1,193 |
| j. | Total postpetition debt (f+h) | $146,271 |
| k. | Prepetition secured debt | $1,726,297 |
| l. | Prepetition priority debt | $5,716 |
| m. | Prepetition unsecured debt | $5,033,244 |
| n. | Total liabilities (debt) (j+k+l+m) | $6,911,528 |
| o. | Ending equity/net worth (e-n) | $-6,614,388 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $44,226 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $22,679 | |
| c. | Gross profit (a-b) | $21,547 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $7,868 | |
| f. | Other expenses | $42,630 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-28,591 | $0 |