**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* ______________ Chapter ***11***

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| **1.** | **Debtor's name** | ***Etegra, Inc.*** | |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | ***27-2711811*** | |
| **4.** | **Debtor's address** | **Principal place of business**<br>***4152 W Blue Heron Blvd***<br>***Suite116***<br>***West Palm Beach, FL 33404***<br>Number, Street, City, State & ZIP Code<br>***Palm Beach***<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | ***Etegra.com*** | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **_Etegra, Inc._** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the above

B. *Check all that apply*

- [ ] Tax-exempt entity (as described in 26 U.S.C. §501)
- [ ] Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- [ ] Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11. *Check **all** that apply*:
  - [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - [ ] The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - [ ] A plan is being filed with this petition.
  - [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - [ ] The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - [ ] The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- [ ] Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- [x] No.
- [ ] Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- [x] No
- [ ] Yes.

Debtor **_Etegra, Inc._** Case number (*if known*)
Name

| | | | | | |
|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | |
| | District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 25-24345-EPK Doc 1 Filed 12/04/25 Page 4 of 52

Debtor ***Etegra, Inc.*** Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ***December 4, 2025***
MM / DD / YYYY

***X*** ***/s/ Achyut Kumar Allady***
Signature of authorized representative of debtor

***Achyut Kumar Allady***
Printed name

Title

**18. Signature of attorney**

***X*** ***/s/ Craig I. Kelley***
Signature of attorney for debtor

Date ***December 4, 2025***
MM / DD / YYYY

***Craig I. Kelley 782203***
Printed name

***Kelley Kaplan & Eller, PLLC***
Firm name

***1665 Palm Beach Lakes Blvd***
***The Forum - Suite 1000***
***West Palm Beach, FL 33401***
Number, Street, City, State & ZIP Code

Contact phone ***561-491-1200*** Email address ***craig@kelleylawoffice.com***

***782203 FL***
Bar number and State

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____________
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ***December 4, 2025***

X ***/s/ Achyut Kumar Allady***
Signature of individual signing on behalf of debtor

***Achyut Kumar Allady***
Printed name

____________
Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | ***Etegra, Inc.*** |
| United States Bankruptcy Court for the: | ***SOUTHERN DISTRICT OF FLORIDA*** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ***Benham 622 Emerson Rd Suite 600 Saint Louis, MO 63141*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$53,413.38*** |
| ***BLACK & VEATCH SPC PO Box 803823 Kansas City, MO 64180-3823*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$65,553.87*** |
| ***Career Collective LLC 4801 Glenwood Ave Suite 400 Raleigh, NC 27612*** | | ***Services rendered*** | ***Contingent Unliquidated Disputed*** | | | ***$11,232.00*** |
| ***CDM Smith 10306 Eaton Place, Suite 220 Fairfax, VA 22030*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$54,000.00*** |
| ***CMTA 7578 Solutions Center Chicago, IL 60677*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$15,000.00*** |
| ***Faith Group, LLC 3101 S Hanley Rd Saint Louis, MO 63143*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$53,360.00*** |
| ***G&I VIII Dominion Plaza LP 17304 Preston Rd Suite 200 Dallas, TX 75252*** | | ***Past Due Rent for office space at 17304 Suite 1330, Preston Road, Dallas, Texas 75252*** | ***Contingent Unliquidated Disputed*** | | | ***$32,855.46*** |
| ***Geotechnology 11816 Lackland Road Suite 150 Saint Louis, MO 63146*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$43,083.11*** |

Debtor **_Etegra, Inc._**
Name

Case number *(if known)*

| **Name of creditor and complete mailing address, including zip code** | **Name, telephone number and email address of creditor contact** | **Nature of claim** (for example, trade debts, bank loans, professional services, | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ***GreatAmerica Financial Services Corporat P.O. Box 609 Cedar Rapids, IA 52406*** | | ***COMPUTER EQUIPMENT LEASED INCLUDING PROCEEDS AND PRODUCTS*** | ***Contingent Unliquidated Disputed*** | ***$26,297.26*** | ***$0.00*** | ***$26,297.26*** |
| ***Jacobs Engineering Group. 1100 North Globe Rd Suite 500 Arlington, VA 22201*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$14,884.00*** |
| ***LEIDOS PO Box 223058 Pittsburgh, PA 15251*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$60,143.37*** |
| ***McCarthy, Leonard & Kaemmerer, L.C. 825 Maryville Centre Dr Suite 300 Chesterfield, MO 63017*** | | ***Attorney Fees*** | ***Contingent Unliquidated Disputed*** | | | ***$83,395.00*** |
| ***OCMI PO Box 4368 Costa Mesa, CA 92628*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$20,019.94*** |
| ***RADISE International, L.C. 4152 WEST BLUE HERON BOULEVARD, # 1114 West Palm Beach, FL 33404*** | | ***Vendor*** | ***Contingent Unliquidated Disputed*** | | | ***$2,003,230.00*** |
| ***Ramsaroop, Paul P. O. Box 99 Elsah, IL 62028*** | | | ***Contingent Unliquidated Disputed*** | | | ***$683,350.93*** |
| ***SANDBERG PHOENIX 600 Washington Ave 15th Floor Saint Louis, MO 63101*** | | | ***Contingent Unliquidated Disputed*** | | | ***$10,000.00*** |
| ***Smart Infrastructure, LLC 4152 W Blue Heron Blvd, Suite 1114 West Palm Beach, FL 33404*** | | | ***Contingent Unliquidated Disputed*** | | | ***$1,744,700.42*** |

Case 25-24345-EPK Doc 1 Filed 12/04/25 Page 8 of 52

Debtor **_Etegra, Inc._**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ***TBG Partners<br>3232 E Cesar Chavez Bldg 1 Ste 100<br>Austin, TX 78702*** | | | ***Contingent<br>Unliquidated<br>Disputed*** | | | ***$10,000.00*** |
| ***Town & Country Investors, LLC<br>Johnson Group, Inc<br>1714 Deer Tracks Trail, Suite 100<br>Saint Louis, MO 63131*** | | ***Past Due Rent for office space at 12813 Flushing Meadows Suite 170, St. Louis, MO 63131*** | ***Contingent<br>Unliquidated<br>Disputed*** | | | ***$10,291.24*** |
| ***U.S. Small Business Association<br>2 North Street, Suite 320<br>Birmingham, AL 35203*** | | ***INVENTORY ALL INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT ALL INCLUDING PROCEEDS AND PRODUCTS;NEGOTIABLE INSTRUMENTS ALL INCLUDING PROCEEDS AND PRODUCTS*** | ***Contingent<br>Unliquidated<br>Disputed*** | ***$1,700,000.00*** | ***$0.00*** | ***$1,700,000.00*** |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*.... | $ | ***0.00*** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*.... | $ | ***436,230.97*** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*.... | $ | ***436,230.97*** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.... | $ | ***1,726,297.26*** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*.... | $ | ***5,716.11*** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.... | +$ | ***5,033,244.15*** |
| 4. **Total liabilities** .... Lines 2 + 3a + 3b | $ | ***6,765,257.52*** |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | ***Chase*** | ***Checking*** | ***0873*** | ***$7,090.59*** |
| 3.2. | ***Chase*** | ***Checking*** | ***0881*** | ***$948.48*** |
| 3.3. | ***Chase Bank*** | ***Checking*** | ***3973*** | ***$4,074.92*** |
| 3.4. | ***Chase Bank*** | ***Checking*** | ***7567*** | ***$12,381.42*** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** ***$24,495.41***

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

Debtor *Etegra, Inc.* Case number *(If known)*
Name

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. ***Town & Country Investors, L.L.C. - Security Deposit for Office Lease*** ***Unknown***

7.2. ***G & I VIII Dominion Plaza LP - Security Deposit for Office Lease*** ***Unknown***

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. ***$0.00***

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | ***209,485.63*** | - | ***0.00*** | = .... | ***$209,485.63*** |
| 11b. Over 90 days old: | ***386,606.37*** | - | ***184,356.44*** | =.... | ***$202,249.93*** |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. ***$411,735.56***

**Part 4: Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| Name of entity: | % of ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 15.1. ***Joint Venture Agreement ETGR-CCA JV1: Project-Peterson SFB B207*** | % | | ***Unknown*** |
| 15.2. ***ETGR-CEMS JV1: Project-NetZero Ft Liberty*** | ***70%*** % | | ***Unknown*** |

Debtor *Etegra, Inc.* Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| 15.3. | ***Joint Venture Agreement HNTB CORPORATION- Projects:*** <br><br> ***HNTB NOR_ANC CEM III HNTB NOR_ANC OPS Phase II CA HNTB ANCSE Task Order 003- Phase II CA Services Arlington National Cemetery HNTB ANCSE Task Order 003- Phase II CA Services Arlington National Cemetery HNTB ANCSE Task Order 003- Phase II CA Services Arlington National Cemetery HNTB ANCSE Task Order 003- Phase II CA Services Arlington National Cemetery*** | % | | ***Unknown*** |
| 15.4. | ***Horner & Shifrin, Inc: Project -H&S_STL ZOO_BHHVAC*** | % | | ***Unknown*** |
| 15.5. | ***Joint Venture Agreement Project: INFLUENCE CHURCH*** | % | | ***Unknown*** |
| 15.6. | ***Joint Venture Agreement Project: Juniper Environmental*** | % | | ***Unknown*** |
| 15.7. | ***Joint Venture Agreement NGA WEST*** | % | | ***Unknown*** |
| 15.8. | ***Joint Venture Agreement - State Of Missouri- Project: MOARNG Sikeston RC T2235-01*** | % | | ***Unknown*** |
| 15.9. | ***Etegra-B&V- MP, LLC*** | ***51%*** % | | ***Unknown*** |
| 15.10. | ***Etegra-CooverClark JV1, LLC*** | ***51%*** % | | ***Unknown*** |
| 15.11. | ***Etegra-GranKriegel JV1, LLC*** | ***70%*** % | | ***Unknown*** |
| 15.12. | ***Etegra-RDG JV1, LLC*** | ***80%*** % | | ***Unknown*** |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17. **Total of Part 4.** ***$0.00***
Add lines 14 through 16. Copy the total to line 83.

Debtor *Etegra, Inc.* Case number *(If known)*
Name

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** ***The Debtor has various Work in Progress but these are service contracts with no hard asset production in process.*** | | ***$0.00*** | | ***$0.00*** |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** ***$0.00***
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |

Debtor **_Etegra, Inc._** Case number *(If known)*
Name

| | | | | |
|---|---|---|---|---|
| | ***Office Furniture was left at the office locations in St. Louis and Texas when the Debtor vacated because it was more expensive to dismantle and move.*** | ***$0.00*** | ***Liquidation*** | ***$0.00*** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| | ***Computers, prints and phones were left at the office locations in St. Louis and Texas when the Debtor vacated because it was expensive to move and ship.*** | ***$0.00*** | ***Liquidation*** | ***$0.00*** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** ***$0.00***
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor ***Etegra, Inc.*** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | **Type of property** | **Current value of personal property** | | **Current value of real property** |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | ***$24,495.41*** | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | ***$0.00*** | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | ***$411,735.56*** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | ***$0.00*** | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | ***$0.00*** | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | ***$0.00*** | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | ***$0.00*** | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | ***$0.00*** | | |
| 88. | **Real property.** *Copy line 56, Part 9*.....................................................................................................> | | | ***$0.00*** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | ***$0.00*** | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + ***$0.00*** | | |
| 91. | **Total.** Add lines 80 through 90 for each column | ***$436,230.97*** | + 91b. | ***$0.00*** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | | ***$436,230.97*** |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 ***ADVANTAGE LEASING CORP.*** | ***Unknown*** | ***$0.00*** |
| 2.2 ***C T CORPORATION SYSTEM*** | ***Unknown*** | ***$0.00*** |

**2.1** ***ADVANTAGE LEASING CORP.***
Creditor's Name

***13400 BISHOPS LN STE 250***
***Brookfield, WI 53005***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
***FIXTURES***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: ***Unknown*** — Column B: ***$0.00***

---

**2.2** ***C T CORPORATION SYSTEM***
Creditor's Name

***330 N BRAND BLVD STE 700***
***Glendale, CA 91203***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
***ACCOUNT(S) AND PROCEEDS;CONTRACT RIGHTS***
***AND PROCEEDS;CHATTEL PAPER AND PROCEEDS;GENERAL***
***INTANGIBLE(S) AND PROCEEDS;ACCOUNTS RECEIVABLE AND PROCEEDS***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: ***Unknown*** — Column B: ***$0.00***

Debtor *Etegra, Inc.* Case number (if known)
Name

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.3 ***CIBM BANK***
Creditor's Name
***12700 W BLUEMOUND RD STE 150***
***Elm Grove, WI 53122***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
***FIXTURES***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

***Unknown*** ***$0.00***

---

2.4 ***GreatAmerica Financial Services Corporat***
Creditor's Name
***P.O. Box 609***
***Cedar Rapids, IA 52406***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
***6000***

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
***COMPUTER EQUIPMENT LEASED INCLUDING PROCEEDS AND PRODUCTS***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

***$26,297.26*** ***$0.00***

---

2.5 ***PEOPLES CAPITAL AND LEASING CORP. AND IT***

**Describe debtor's property that is subject to a lien**

***Unknown*** ***$0.00***

Debtor *Etegra, Inc.* Case number (if known)
Name

Creditor's Name

**COMPUTER EQUIPMENT**

*2005 MARKET ST FL 14*
*Philadelphia, PA 19103*
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.6 ***U.S. Small Business Association***
Creditor's Name

**Describe debtor's property that is subject to a lien**

***INVENTORY ALL INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT ALL INCLUDING PROCEEDS AND PRODUCTS;NEGOTIABLE INSTRUMENTS ALL INCLUDING PROCEEDS AND PRODUCTS;CHATTEL PAPER ALL INCLUDING PROCEEDS AND PRODUCTS;ACCOUNT(S) ALL INCLUDING PROCEEDS***

***$1,700,000.00*** ***$0.00***

*2 North Street, Suite 320*
*Birmingham, AL 35203*
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*8200*

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** ***$1,726,297.26***

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

Debtor **_Etegra, Inc._** Case number (if known)
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ***Attorney General***<br>***Department of Justice***<br>***950 Pennsylvania Avenue, NW***<br>***Washington, DC 20530*** | Line ***2.6*** | |
| ***Cane & Weiner***<br>***5805 Sepulveda Blvd 4th Fl***<br>***Van Nuys, CA 91411*** | Line ***2.4*** | |
| ***U.S. Attorney***<br>***99 NE 4th Street***<br>***Miami, FL 33132*** | Line ***2.6*** | |
| ***U.S. Small Business Association***<br>***SBA Administrator***<br>***Isabella Casillas Guzman***<br>***409 3rd St SW***<br>***Washington, DC 20024*** | Line ***2.6*** | |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | ***$5,716.11*** | ***$0.00*** |

Priority creditor's name and mailing address
***Texas Franchise Board***
***PO Box 149348***
***Austin, TX 78714***

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
***Franchise Taxes***

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
***Allady, Aditi***
***8725 Grape View Blvd***
***Loxahatchee, FL 33470***

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** ***Shareholder***

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim: ***Unknown***

**3.2** **Nonpriority creditor's name and mailing address**
***Army Corp of Engineers***
***P.O. Box 2946***
***Portland, OR 97208***

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim: ***$0.00***

Debtor **_Etegra, Inc._** Case number (if known)
Name

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>***Benefits Plan Plus***<br>***11701 Borman Dr Suite 300***<br>***Saint Louis, MO 63146***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***$3,015.90*** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>***Benham***<br>***622 Emerson Rd Suite 600***<br>***Saint Louis, MO 63141***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***$53,413.38*** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>***BLACK & VEATCH SPC***<br>***PO Box 803823***<br>***Kansas City, MO 64180-3823***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***$65,553.87*** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>***Career Collective LLC***<br>***4801 Glenwood Ave Suite 400***<br>***Raleigh, NC 27612***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Services rendered***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***$11,232.00*** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>***Carter, Joseph***<br>***8850 Glen Rose Dr***<br>***Saint Louis, MO 63126***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Shareholder***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***Unknown*** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>***CDM Smith***<br>***10306 Eaton Place, Suite 220***<br>***Fairfax, VA 22030***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***$54,000.00*** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>***CEMS Engineering, Inc.***<br>***108 Bentons Lodge Rd Suite B***<br>***Summerville, SC 29485***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes |
| | | ***Unknown*** |

Debtor **_Etegra, Inc._**
Name

Case number (if known)

**3.10** **Nonpriority creditor's name and mailing address**
***CMTA***
***7578 Solutions Center***
***Chicago, IL 60677***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$15,000.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**
***Coover-Clark & Associate, Inc***
***1936 Market Street***
***Denver, CO 80202***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***Unknown***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
***County Blue Reprographics***
***811 Hanley Industrial Ct***
***Saint Louis, MO 63144***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$73.69***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
***Dalls County Tax Assessor-Collector***
***John R. Ames, PCC, CTA***
***P.O. Box 139066***
***Dallas, TX 75313***
**Date(s) debt was incurred** _
**Last 4 digits of account number** ***0000***

**As of the petition filing date, the claim is:** *Check all that apply.* ***$330.94***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Personal Property Taxes***
Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
***Ecoworks Studio LLC***
***210 Hurt Street NE***
***Atlanta, GA 30307***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$2,500.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
***ENTERPRISE BANK & TRUST***
***444 E SANTA FE ST***
***Olathe, KS 66061***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***Unknown***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***UCC Lien Filed***
Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
***Faith Group, LLC***
***3101 S Hanley Rd***
***Saint Louis, MO 63143***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$53,360.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Etegra, Inc.** Case number (if known) ______
Name

**3.17** **Nonpriority creditor's name and mailing address**
***Freese & Nichols Inc***
***801 Cherry Street, Suite 2800***
***Fort Worth, TX 76102***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$3,028.10***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**
***G&I VIII Dominion Plaza LP***
***17304 Preston Rd Suite 200***
***Dallas, TX 75252***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$32,855.46***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Past Due Rent for office space at 17304 Suite 1330, Preston Road, Dallas, Texas 75252***
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
***Geotechnology***
***11816 Lackland Road Suite 150***
***Saint Louis, MO 63146***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$43,083.11***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
***Guernsy***
***5555 Noth Grand Blvd***
***Oklahoma City, OK 73112***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$2,028.75***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
***Hesterberg, Bruce***
***6224 North Lakeshore Drive***
***House Springs, MO 63051***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$7,168.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
***Hutchinson, Kurt***
***3127 Eads Ave***
***Saint Louis, MO 63104***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$625.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
***Jacobs Engineering Group.***
***1100 North Globe Rd Suite 500***
***Arlington, VA 22201***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$14,884.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

Debtor **_Etegra, Inc._** Case number (if known) ______
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.24 | ***John C. Walker, CPA, PA***<br>***631 US Highway 1, Suite 309***<br>***North Palm Beach, FL 33408***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Services rendered***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$4,345.00*** |
| 3.25 | ***John Reynolds***<br>***1737 Briarmanor Drive***<br>***Lake Saint Louis, MO 63367***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | ***$9,963.89*** |
| 3.26 | ***Juniper Environmental***<br>***1121 Olivette Executive Pkwy Ste 120***<br>***Saint Louis, MO 63132***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$10,000.00*** |
| 3.27 | ***Kishna, Andrew***<br>***6367 Bridgecrest Dr***<br>***Lithia, FL 33547***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Shareholder***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$3,880.67*** |
| 3.28 | ***Kishna, Sonnie***<br>***6367 Bridgecrest Dr***<br>***Lithia, FL 33547***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Shareholder***<br>Is the claim subject to offset? ■ No ☐ Yes | ***Unknown*** |
| 3.29 | ***Larson Design Group***<br>***1000 Commerce Park Dr Suite 201***<br>***Williamsport, PA 17701***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Joint Venture Partner***<br>Is the claim subject to offset? ■ No ☐ Yes | ***Unknown*** |
| 3.30 | ***LEIDOS***<br>***PO Box 223058***<br>***Pittsburgh, PA 15251***<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$60,143.37*** |

Debtor **_Etegra, Inc._** Case number (if known)
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | |
|---|---|---|---|
| 3.31 | ***Love, Glenn***<br>***4816 Carlene Way SW***<br>***Lilburn, GA 30047***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** ***Contractor***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$9,350.00*** |
| 3.32 | ***McCarthy, Leonard & Kaemmerer, L.C.***<br>***825 Maryville Centre Dr Suite 300***<br>***Chesterfield, MO 63017***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Attorney Fees***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$83,395.00*** |
| 3.33 | ***Missouri Department of Labor and Industr***<br>***PO Box 59***<br>***Jefferson City, MO 65104***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | ***Unknown*** |
| 3.34 | ***Murthy, Thandava***<br>***1620 Sweetwater Lane***<br>***Prosper, TX 75078***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Shareholder***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$2,437.50*** |
| 3.35 | ***OCMI***<br>***PO Box 4368***<br>***Costa Mesa, CA 92628***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Vendor***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$20,019.94*** |
| 3.36 | ***Olsson***<br>***PO Box 84608 / 601 P St Suite 200***<br>***Lincoln, NE 68501-4608***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | ***$1,784.08*** |
| 3.37 | ***Paychex of New York, LLC***<br>***28 Liberty St.***<br>***New York, NY 10005***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Payroll***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$257.79*** |

Debtor *Etegra, Inc.* Case number (if known)
Name

3.38 **Nonpriority creditor's name and mailing address**
***Preston, Bruce***
***6894 Honeybee Lane***
***Frisco, TX 75036***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$1,882.14***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
***Quill Corporation***
***PO Box 37600***
***Philadelphia, PA 19101-0600***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$60.98***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
***RADISE International, L.C.***
***4152 WEST BLUE HERON BOULEVARD, # 1114***
***West Palm Beach, FL 33404***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$2,003,230.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** ***Vendor***
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
***Ramsaroop, Paul***
***P. O. Box 99***
***Elsah, IL 62028***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$683,350.93***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
***SANDBERG PHOENIX***
***600 Washington Ave 15th Floor***
***Saint Louis, MO 63101***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$10,000.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
***Smart Infrastructure, LLC***
***4152 W Blue Heron Blvd, Suite 1114***
***West Palm Beach, FL 33404***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$1,744,700.42***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
***Smart Infratech***
***4152 W Blue Heron Blvd***
***Riviera Beach, FL 33404***
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* ***$727.00***
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

Case 25-23434-EPK Doc 145-1 Filed 12/04/25 Page 27 of 52

Debtor **Etegra, Inc.** Case number (if known)
Name

| | | | |
|---|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address**<br>***TBG Partners***<br>***3232 E Cesar Chavez Bldg 1 Ste 100***<br>***Austin, TX 78702***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | ***$10,000.00*** |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>***The City of Town & Country***<br>***1011 Municipal Center Dr***<br>***Saint Louis, MO 63131***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Taxes***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$1,272.00*** |
| 3.47 | **Nonpriority creditor's name and mailing address**<br>***Town & Country Investors, LLC***<br>***Johnson Group, Inc***<br>***1714 Deer Tracks Trail, Suite 100***<br>***Saint Louis, MO 63131***<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** ***Past Due Rent for office space at 12813 Flushing Meadows Suite 170, St. Louis, MO 63131***<br>Is the claim subject to offset? ■ No ☐ Yes | ***$10,291.24*** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ***Linebarger Goggan Blair & Sampson, LLP***<br>***3500 Maple Avenue, Suite 800***<br>***Dallas, TX 75219*** | Line ***3.13***<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ ***5,716.11*** |
| **5b. Total claims from Part 2** | 5b. + | $ ***5,033,244.15*** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ ***5,038,960.26*** |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | ***17304 Preston Road, Dallas, Texas 75252 - Office Space. The Debtor has vacated the premises.*** | ***G&I VIII Dominion Plaza LP<br>901 Main Street, Suite 4200<br>Dallas, TX 75202*** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | ***COMPUTER EQUIPMENT LEASED*** | ***Great America Leasing Corp<br>PO Box 660831<br>Dallas, TX 75266-0831*** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | ***Sharp System*** | ***Smart Office Automation LLC<br>6623 THEALL<br>Houston, TX 77066*** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Case 25-23434-PK Doc 141 Filed 12/04/25 Page 20 of 52

Debtor 1 ***Etegra, Inc.*** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | ***Lease for Office Space located at 12813 Flushing Meadows Suite 170, St. Louis MO 63131. The Debtor has vacated the premises.*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ***Town & Country Investors, LLC***<br>***1714 Deer Tracks Trail, Suite 100***<br>***Saint Louis, MO 63131*** |
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | ***Etegra SB AE*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ***U.S. Fish & Wildlife Service***<br>***1849 C Street, NW***<br>***Washington, DC 20240*** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | ***Etegra-RDG JV SB AE*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ***U.S. Fish & Wildlife Service***<br>***1849 C Street, NW***<br>***Washington, DC 20240*** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | ***Etegra-LWPB JV SB AE MATOC*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ***United States Army Corps of Engineers***<br>***Julie S. (Shay) Hill***<br>***Military Contracting Branch***<br>***2488 E. 81st Street***<br>***Tulsa, OK 74137*** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | ***Etegra SB (Prime)*** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | ***United States Army Corps of Engineers***<br>***c/o Julie S. (Shay) Hill***<br>***Military Contracting Branch***<br>***2488 E. 81st Street***<br>***Tulsa, OK 74137*** |

Debtor 1 ***Etegra, Inc.*** Case number (*if known*)

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra COS SB AE (Prime)*** | ***United States Army Corps of Engineers<br>c/o Matthew Million, CEM<br>819 Taylor Street<br>Room 4A05<br>Fort Worth, TX 76102*** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra-CEMS SB JV COS AE*** | ***United States Army Corps of Engineers<br>c/o Matthew Million, CEM<br>819 Taylor Street<br>Room 4A05<br>Fort Worth, TX 76102*** |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra-CCA JV SB AE (USARC)*** | ***United States Army Corps of Engineers<br>c/o Carol Coover-Clark<br>1936 Market Street<br>Denver, CO 80202*** |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra-CCA JV SB AE (USAFRC)*** | ***United States Army Corps of Engineers<br>c/o Carol Coover Clark<br>1936 Market Street<br>Denver, CO 80202*** |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| ***From the beginning of the fiscal year to filing date:***<br>From ***1/01/2025*** to ***Filing Date*** | ■ Operating a business<br>☐ Other | ***$1,060,897.00*** |
| ***For prior year:***<br>From ***1/01/2024*** to ***12/31/2024*** | ■ Operating a business<br>☐ Other | ***$3,425,063.00*** |
| ***For year before that:***<br>From ***1/01/2023*** to ***12/31/2023*** | ■ Operating a business<br>☐ Other | ***$1,773,465.00*** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor ***Etegra, Inc.*** Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. ***See attached*** | | ***$0.00*** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | ***Andrew Kishna v. Etegra, Inc.<br>23SL-CC02858*** | ***Breach of Contract*** | ***21st Judicial Circuit - St. Louis<br>105 South Central Avenue<br>Saint Louis, MO 63105*** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | ***Kelley Kaplan & Eller, PLLC***<br>***1665 Palm Beach Lakes Blvd***<br>***The Forum - Suite 1000***<br>***West Palm Beach, FL 33401*** | ***Attorney Fees*** | ***October 2025*** | ***$50,000.00*** |

**Email or website address**
***craig@kelleylawoffice.com***

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **_Etegra, Inc._** Case number *(if known)*

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | ***12813 Flushing Meadows Drive Suite 170 Saint Louis, MO 63131*** | ***6/1/2023-present (Debtor vacated)*** |
| 14.2. | ***17304 Preston Rd Suite 200 Dallas, TX 75252*** | ***1/1/2025-present (Debtor vacated)*** |
| 14.3. | ***1121 Olvette Executive Pkwy Suite 100 Saint Louis, MO 63132*** | ***8/1/2016-7/31/2023*** |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

| Name of plan | **Employer identification number of the plan** |
|---|---|
| ***Paychex*** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Etegra, Inc.** Case number *(if known)*

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | ***PNC Bank***<br>***201 Tryon Street***<br>***Suite 900***<br>***Charlotte, NC 28202*** | XXXX-*9784* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *7/3/25* | *$0.00* |
| 18.2. | ***PNC Bank***<br>***201 Tryon Street***<br>***Suite 900***<br>***Charlotte, NC 28202*** | XXXX-*2043* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | *7/3/25* | *$0.00* |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor *Etegra, Inc.* Case number *(if known)*

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|---|
| 25.1. | ***Etegra - CEMS JV1, LLC*** | | **EIN:**<br>**From-To** |
| 25.2. | ***Etegra - OEI JV 1, LLC*** | | **EIN:**<br>**From-To** |
| 25.3. | ***Etegra-B&V- MP, LLC*** | | **EIN:**<br>**From-To** |
| 25.4. | ***Etegra-CooverClark JV1, LLC*** | | **EIN:**<br>**From-To** |
| 25.5. | ***Etegra-GranKriegel JV1, LLC*** | | **EIN:**<br>**From-To** |
| 25.6. | ***Etegra-HCS JV 1, LLC*** | | **EIN:**<br>**From-To** |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor ***Etegra, Inc.*** Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.7. ***Etegra-LWPB JV1, LLC*** | | **EIN:**<br><br>**From-To** |
| 25.8. ***Etegra-RDG JV1, LLC*** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. ***John C Walker***<br>***631 US Highway 1, Suite 309***<br>***North Palm Beach, FL 33408*** | ***2022, 2023, 2024*** |
| 26a.2. ***Smart Infrastructure, LLC***<br>***4152 W Blue Heron Blvd, Suite 1114***<br>***West Palm Beach, FL 33404*** | ***Smart Infrastructure, LLC manages all of the financials, marketing, IT and HR for the Debtor.*** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor ***Etegra, Inc.*** Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ***Aditi Allady*** | ***4152 W Blue Heron Blvd<br>SUITE 116<br>West Palm Beach, FL 33404*** | ***80,600 shares*** | ***81.10%*** |
| ***Carter, Joseph*** | ***8850 Glen Rose Dr<br>Saint Louis, MO 63126*** | ***400 shares*** | ***0.40%*** |
| ***Kishna-Sencerea, Sonnie*** | ***6367 Bridgecrest Dr<br>Lithia, FL 33547*** | ***300 shares*** | ***0.30%*** |
| ***Murthy, Thandava*** | ***1620 Sweetwater Lane<br>Prosper, TX 75078*** | ***3,000 shares*** | ***3.02*** |
| ***Kishna, Andrew*** | ***6367 Bridgecrest Dr<br>Lithia, FL 33547*** | ***15,000*** | ***15.09%*** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| ***Andrew R. Kishna*** | ***6367 Bridgecrest Dr<br>Lithia, FL 33457*** | | |
| ***Kishna, Sonnie*** | ***6367 Bridgecrest Dr<br>Lithia, FL 33547*** | | |
| ***Peters, David*** | ***3 Wildwood Circle Street<br>Saint Louis, MO 63126*** | | |
| ***Devoy, Sean*** | ***360 David Harrison Lane<br>Ballwin, MO 63021*** | | |
| ***Luciw, Jennifer*** | | | |



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor ***Etegra, Inc.*** Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| ***Hinrichsen, Kenneth*** | | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | ***Aditi Allady***<br>***4152 W Blue Heron Blvd***<br>***SUITE 116***<br>***West Palm Beach, FL 33404*** | ***$38,461.75*** | ***2024*** | |
| | **Relationship to debtor** | | | |
| | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **_Etegra, Inc._** Case number *(if known)*

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **_December 4, 2025_**

**_/s/ Achyut Kumar Allady_**
Signature of individual signing on behalf of the debtor

**_Achyut Kumar Allady_**
Printed name

Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

■ Yes



Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Posting Date | Payee | Description | Amount |
|---|---|---|---|
| 11/10/2025 | Hotel Engine | Online Transfer to CHK ...3356 transaction#: 26911183460 11/10 | -$565.25 |
| 11/7/2025 | | FILE:ETGR-004015_ETG CHASE_11062025 08.52.49 pm.txt BATCH:1 TRX#:3 UPLD | $0.00 |
| | Bruce Hesterberg | Bruce Hesterberg | -$6,356.00 |
| | Cameron Moore | Cameron Moore | -$36.15 |
| | John Reynolds | John Reynolds | -$8,650.00 |
| 11/7/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26876993253 11/07 | -$45,000.00 |
| 11/6/2025 | First Insurance | ORIG CO NAME:FIRST INSURANCE ORIG ID:2363437365 DESC DATE: CO E | -$3,320.60 |
| 11/5/2025 | Nov 2025 Credit Card Payment | Online Transfer to CHK ...1918 transaction#: 26849641680 11/05 | -$7,325.37 |
| 10/24/2025 | | FILE:ETGR-003996_ETG CHASE_10242025 01.03.14 pm.txt BATCH:1 TRX#:5 UPLD | $0.00 |
| | Bruce Hesterberg | Bruce Hesterberg | -$924.00 |
| | Dakolby Crittenden | Dakolby Crittenden | -$705.87 |
| | Cameron Moore | Cameron Moore | -$442.00 |
| | John Reynolds | John Reynolds | -$2,500.00 |
| | Jacobs Engineering | Jacobs Engineering | -$10,000.00 |
| 10/24/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26702526676 10/24 | -$50,000.00 |
| 10/23/2025 | Glenn Love | FILE:ETGR-003964_ETG CHASE_10222025 09.16.11 am.txt BATCH:1 TRX#:1 UPLD | -$4,840.00 |
| 10/14/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26571314392 10/14 | -$50,000.00 |
| 10/14/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26571040150 10/14 | -$500.00 |
| 10/10/2025 | Pay Dana | ONLINE DOMESTIC WIRE TRANSFER VIA: TRUIST BANK/263191387 A/C: KELLEY K | -$25,000.00 |
| 10/2/2025 | First Insurance | ORIG CO NAME:FIRST INSURANCE ORIG ID:2363437365 DESC DATE: CO E | -$3,320.60 |
| 10/1/2025 | Oct 2025 Credit Card Payment | Online Transfer to CHK ...1918 transaction#: 26424022907 10/01 | -$6,086.60 |
| 10/1/2025 | Fed Ex | ORIG CO NAME:FEDERAL EXPRESS ORIG ID:1710427007 DESC DATE:251001 ( | -$53.49 |
| 9/30/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26394940276 09/30 | -$50,000.00 |
| 9/30/2025 | | FILE:ETGR-003961_ETG CHASE_09292025 12.04.52 pm 1.txt BATCH:1 TRX#:3 UP | $0.00 |
| | Bruce Hesterberg | Bruce Hesterberg | -$2,044.00 |
| | John Reynolds | John Reynolds | -$2,500.00 |
| | Jacobs Engineering | Jacobs Engineering | -$10,000.00 |
| 9/30/2025 | Coover Clark | FILE:ETGR-.01 003960_ETG CHASE_09302025 11.11.45.txt BATCH:1 TRX#:1 UPLI | -$0.01 |
| 9/17/2025 | John Reynolds | FILE:ETGR-003915_ETG CHASE_09172025 09.15.33 am.txt BATCH:1 TRX#:1 UPLD | -$5,700.00 |
| 9/17/2025 | | FILE:ETGR-003915_ETG CHASE_09172025 04.04.56 pm.txt BATCH:1 TRX#:4 UPLD | $0.00 |
| | Bruce Hesterberg | Bruce Hesterberg | -$1,764.00 |
| | Dakolby Crittenden | Dakolby Crittenden | -$1,928.34 |

| | | | |
|---|---|---|---|
| | Cameron Moore | Cameron Moore | -$788.69 |
| | Don Pierce | Don Pierce | -$405.00 |
| 9/17/2025 | Digital Drafting DDS | Online Transfer to CHK ...3356 transaction#: 26258134275 09/17 | -$5,429.41 |
| 9/17/2025 | Sept 2025 Credit Card Payment | Online Transfer to CHK ...1918 transaction#: 26258412234 09/17 | -$5,659.51 |
| 9/15/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26236392974 09/15 | -$50,000.00 |
| 9/3/2025 | First Insurance | ORIG CO NAME:FIRST INSURANCE ORIG ID:2363437365 DESC DATE: CO E | -$3,320.60 |
| 8/29/2025 | Marco Technolgies- Printers | ORIG CO NAME:ACCOUNT SERVICES ORIG ID:1421425592 DESC DATE: CO | -$1,725.64 |
| 8/29/2025 | | FILE:ETGR-003897_ETG CHASE_08282025 05.31.07 pm 1.txt BATCH:1 TRX#:3 UP | $0.00 |
| | CEMS Engineering | CEMS Engineering | -$5,792.53 |
| | G&I VIII | G&I VIII | -$10,783.65 |
| | Jacobs Engineering | Jacobs Engineering | -$7,250.40 |
| 8/28/2025 | Transfer to Payroll Account | Online Transfer to CHK ...0881 transaction#: 26006777657 08/28 | -$50,000.00 |
| 8/28/2025 | Hartford Insurance | ORIG CO NAME:THE HARTFORD ORIG ID:9942902727 DESC DATE: CO EI | -$5,542.80 |
| 8/27/2025 | Hartford Insurance | ORIG CO NAME:THE HARTFORD ORIG ID:9942902727 DESC DATE: CO EI | -$435.60 |
| 8/25/2025 | Kurt Hutchinson | CHECK 20475 | -$250.00 |
| 8/15/2025 | Aug 2025 Credit Card Payment | Online Transfer to CHK ...1918 transaction#: 25861593241 08/15 | -$10,415.13 |

Case 25-24315-EPK Doc 1 Filed 12/04/25 Page 41 of 52

# United States Bankruptcy Court
## Southern District of Florida

In re ***Etegra, Inc.*** Debtor(s)

Case No.
Chapter ***11***

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| ***Aditi Allady***<br>***8725 Grape View Blvd***<br>***Loxahatchee, FL 33470*** | | ***80,600*** | ***81.10%*** |
| ***Andrew R. Kishna***<br>***6367 Bridgecrest Dr***<br>***Lithia, FL 33457*** | | ***15,000*** | ***15.09%*** |
| ***Carter, Joseph***<br>***8850 Glen Rose Dr***<br>***Saint Louis, MO 63126*** | | ***400*** | ***0.40%*** |
| ***Murthy, Thandava***<br>***1620 Sweetwater Lane***<br>***Prosper, TX 75078*** | | ***3,000*** | ***3.02%*** |
| ***Sonnie Kishna- Sencerea***<br>***6367 Bridgecrest Dr***<br>***Lithia, FL 33547*** | | ***300*** | ***0.30%*** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ***December 4, 2025***

Signature ***/s/ Achyut Kumar Allady***
***Achyut Kumar Allady***

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re ***Etegra, Inc.*** Debtor(s)

Case No.
Chapter ***11***

# VERIFICATION OF CREDITOR MATRIX

I, the of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: ***December 4, 2025***

***/s/ Achyut Kumar Allady***
***Achyut Kumar Allady***/
Signer/Title

ADVANTAGE LEASING CORP.
13400 BISHOPS LN STE 250
Brookfield, WI 53005

Allady, Aditi
8725 Grape View Blvd
Loxahatchee, FL 33470

Army Corp of Engineers
P.O. Box 2946
Portland, OR 97208

Attorney General
Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Benefits Plan Plus
11701 Borman Dr Suite 300
Saint Louis, MO 63146

Benham
622 Emerson Rd Suite 600
Saint Louis, MO 63141

BLACK & VEATCH SPC
PO Box 803823
Kansas City, MO 64180-3823

C T CORPORATION SYSTEM
330 N BRAND BLVD STE 700
Glendale, CA 91203

Cane & Weiner
5805 Sepulveda Blvd 4th Fl
Van Nuys, CA 91411

Career Collective LLC
4801 Glenwood Ave Suite 400
Raleigh, NC 27612

Carter, Joseph
8850 Glen Rose Dr
Saint Louis, MO 63126

CDM Smith
10306 Eaton Place, Suite 220
Fairfax, VA 22030

CEMS Engineering, Inc.
108 Bentons Lodge Rd Suite B
Summerville, SC 29485

CIBM BANK
12700 W BLUEMOUND RD STE 150
Elm Grove, WI 53122

CMTA
7578 Solutions Center
Chicago, IL 60677

Coover-Clark & Associate, Inc
1936 Market Street
Denver, CO 80202

County Blue Reprographics
811 Hanley Industrial Ct
Saint Louis, MO 63144

Dalls County Tax Assessor-Collector
John R. Ames, PCC, CTA
P.O. Box 139066
Dallas, TX 75313

Ecoworks Studio LLC
210 Hurt Street NE
Atlanta, GA 30307

ENTERPRISE BANK & TRUST
444 E SANTA FE ST
Olathe, KS 66061

Faith Group, LLC
3101 S Hanley Rd
Saint Louis, MO 63143

Freese & Nichols Inc
801 Cherry Street, Suite 2800
Fort Worth, TX 76102

G&I VIII Dominion Plaza LP
17304 Preston Rd Suite 200
Dallas, TX 75252

G&I VIII Dominion Plaza LP
901 Main Street, Suite 4200
Dallas, TX 75202

Geotechnology
11816 Lackland Road Suite 150
Saint Louis, MO 63146

Great America Leasing Corp
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Financial Services Corporat
P.O. Box 609
Cedar Rapids, IA 52406

Guernsy
5555 Noth Grand Blvd
Oklahoma City, OK 73112

Hesterberg, Bruce
6224 North Lakeshore Drive
House Springs, MO 63051

Hutchinson, Kurt
3127 Eads Ave
Saint Louis, MO 63104

Jacobs Engineering Group.
1100 North Globe Rd Suite 500
Arlington, VA 22201

John C. Walker, CPA, PA
631 US Highway 1, Suite 309
North Palm Beach, FL 33408

John Reynolds
1737 Briarmanor Drive
Lake Saint Louis, MO 63367

Case 25-23434-EPK Doc 141-1 Filed 12/04/25 Page 49 of 52

Juniper Environmental
1121 Olivette Executive Pkwy Ste 120
Saint Louis, MO 63132

Kishna, Andrew
6367 Bridgecrest Dr
Lithia, FL 33547

Kishna, Sonnie
6367 Bridgecrest Dr
Lithia, FL 33547

Larson Design Group
1000 Commerce Park Dr Suite 201
Williamsport, PA 17701

LEIDOS
PO Box 223058
Pittsburgh, PA 15251

Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue, Suite 800
Dallas, TX 75219

Love, Glenn
4816 Carlene Way SW
Lilburn, GA 30047

McCarthy, Leonard & Kaemmerer, L.C.
825 Maryville Centre Dr Suite 300
Chesterfield, MO 63017

Missouri Department of Labor and Industr
PO Box 59
Jefferson City, MO 65104

Murthy, Thandava
1620 Sweetwater Lane
Prosper, TX 75078

OCMI
PO Box 4368
Costa Mesa, CA 92628

Case 25-23434-EPK Doc 145-1 Filed 12/09/25 Page 50 of 52

Olsson
PO Box 84608 / 601 P St Suite 200
Lincoln, NE 68501-4608

Paychex of New York, LLC
28 Liberty St.
New York, NY 10005

PEOPLES CAPITAL AND LEASING CORP. AND IT
2005 MARKET ST FL 14
Philadelphia, PA 19103

Preston, Bruce
6894 Honeybee Lane
Frisco, TX 75036

Quill Corporation
PO Box 37600
Philadelphia, PA 19101-0600

RADISE International, L.C.
4152 WEST BLUE HERON BOULEVARD, # 1114
West Palm Beach, FL 33404

Ramsaroop, Paul
P. O. Box 99
Elsah, IL 62028

SANDBERG PHOENIX
600 Washington Ave 15th Floor
Saint Louis, MO 63101

Smart Infrastructure, LLC
4152 W Blue Heron Blvd, Suite 1114
West Palm Beach, FL 33404

Smart Infratech
4152 W Blue Heron Blvd
Riviera Beach, FL 33404

Smart Office Automation LLC
6623 THEALL
Houston, TX 77066

TBG Partners
3232 E Cesar Chavez Bldg 1 Ste 100
Austin, TX 78702

Texas Franchise Board
PO Box 149348
Austin, TX 78714

The City of Town & Country
1011 Municipal Center Dr
Saint Louis, MO 63131

Town & Country Investors, LLC
Johnson Group, Inc
1714 Deer Tracks Trail, Suite 100
Saint Louis, MO 63131

Town & Country Investors, LLC
1714 Deer Tracks Trail, Suite 100
Saint Louis, MO 63131

U.S. Attorney
99 NE 4th Street
Miami, FL 33132

U.S. Fish & Wildlife Service
1849 C Street, NW
Washington, DC 20240

U.S. Small Business Association
2 North Street, Suite 320
Birmingham, AL 35203

U.S. Small Business Association
SBA Administrator
Isabella Casillas Guzman
409 3rd St SW
Washington, DC 20024

United States Army Corps of Engineers
Julie S. (Shay) Hill
Military Contracting Branch
2488 E. 81st Street
Tulsa, OK 74137

United States Army Corps of Engineers
c/o Julie S. (Shay) Hill
Military Contracting Branch
2488 E. 81st Street
Tulsa, OK 74137

United States Army Corps of Engineers
c/o Matthew Milliorn, CEM
819 Taylor Street
Room 4A05
Fort Worth, TX 76102

United States Army Corps of Engineers
c/o Carol Coover-Clark
1936 Market Street
Denver, CO 80202

United States Army Corps of Engineers
c/o Carol Coover Clark
1936 Market Street
Denver, CO 80202