**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ***25-24345***

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ***December 10, 2025***

X ***/s/ Achyut Kumar Allady***
Signature of individual signing on behalf of debtor

***Achyut Kumar Allady***
Printed name

Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ***25-24345***

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | ***0.00*** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | ***436,230.97*** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | ***436,230.97*** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* | $ | ***1,726,297.26*** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | ***5,716.11*** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | ***5,033,244.15*** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | ***6,765,257.52*** |

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ***25-24345***

■ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1** ***ADVANTAGE LEASING CORP.***
Creditor's Name

***13400 BISHOPS LN STE 250***
***Brookfield, WI 53005***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
***FIXTURES***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Column A: ***Unknown*** Column B: ***$0.00***

**2.2** ***C T CORPORATION SYSTEM***
Creditor's Name

***330 N BRAND BLVD STE 700***
***Glendale, CA 91203***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
***ACCOUNT(S) AND PROCEEDS;CONTRACT RIGHTS***
***AND PROCEEDS;CHATTEL PAPER AND PROCEEDS;GENERAL***
***INTANGIBLE(S) AND PROCEEDS;ACCOUNTS RECEIVABLE AND PROCEEDS***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No

Column A: ***Unknown*** Column B: ***$0.00***

Debtor *Etegra, Inc.* Case number (if known) *25-24345*
Name

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.3 ***CIBM BANK***
Creditor's Name
***12700 W BLUEMOUND RD***
***STE 150***
***Elm Grove, WI 53122***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
***FIXTURES***

***Unknown*** ***$0.00***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.4 ***GreatAmerica Financial Services Corporat***
Creditor's Name

***P.O. Box 609***
***Cedar Rapids, IA 52406***
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
***6000***

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
***COMPUTER EQUIPMENT LEASED INCLUDING***
***PROCEEDS AND PRODUCTS***

***$26,297.26*** ***$0.00***

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

2.5 ***PEOPLES CAPITAL AND LEASING CORP. AND IT***

**Describe debtor's property that is subject to a lien**

***Unknown*** ***$0.00***

Debtor **Etegra, Inc.** Case number (if known) **25-24345**
Name

| | | | |
|---|---|---|---|
| Creditor's Name<br>**2005 MARKET ST FL 14**<br>**Philadelphia, PA 19103**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ***COMPUTER EQUIPMENT***<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| 2.6 ***Smart Office Automation LLC***<br>Creditor's Name<br>***3330 Keller Springs Rd***<br>***Suite 203***<br>***Carrollton, TX 75006***<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>***Computer Equipment***<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | ***Unknown*** | ***$0.00*** |
| 2.7 ***U.S. Small Business Association***<br>Creditor's Name<br><br>***2 North Street, Suite 320***<br>***Birmingham, AL 35203***<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>***INVENTORY ALL INCLUDING PROCEEDS AND PRODUCTS;EQUIPMENT ALL INCLUDING PROCEEDS AND PRODUCTS;NEGOTIABLE INSTRUMENTS ALL INCLUDING PROCEEDS AND PRODUCTS;CHATTEL PAPER ALL INCLUDING PROCEEDS AND PRODUCTS;ACCOUNT(S) ALL INCLUDING PROCEEDS***<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No | ***$1,700,000.00*** | ***$0.00*** |

Case 25-24345-EPK Doc 1 Filed 11/26/25 Page 6 of 9

Debtor *Etegra, Inc.* Case number (if known) *25-24345*
Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** *8200* | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** *$1,726,297.26*

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| *Attorney General*<br>*Department of Justice*<br>*950 Pennsylvania Avenue, NW*<br>*Washington, DC 20530* | Line *2.7* | |
| *Cane & Weiner*<br>*5805 Sepulveda Blvd 4th Fl*<br>*Van Nuys, CA 91411* | Line *2.4* | |
| *U.S. Attorney*<br>*99 NE 4th Street*<br>*Miami, FL 33132* | Line *2.7* | |
| *U.S. Small Business Association*<br>*SBA Administrator*<br>*Isabella Casillas Guzman*<br>*409 3rd St SW*<br>*Washington, DC 20024* | Line *2.7* | |

Case 25-24345-EPK Doc 12 Filed 10/29/25 Page 7 of 9

**Fill in this information to identify the case:**

Debtor name ***Etegra, Inc.***

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) ***25-24345***

■ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | ***17304 Preston Road, Dallas, Texas 75252 - Office Space. The Debtor has vacated the premises.*** | ***G&I VIII Dominion Plaza LP<br>901 Main Street, Suite 4200<br>Dallas, TX 75202*** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | ***COMPUTER EQUIPMENT LEASED*** | ***Great America Leasing Corp<br>PO Box 660831<br>Dallas, TX 75266-0831*** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | ***Sharp System*** | ***Smart Office Automation LLC<br>3330 Keller Springs Rd Suite 203<br>Carrollton, TX 75006*** |
| State the term remaining | | |
| List the contract number of any government contract | | |

Debtor 1 ***Etegra, Inc.*** (First Name / Middle Name / Last Name) — Case number (*if known*) ***25-24345***

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.4. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Lease for Office Space located at 12813 Flushing Meadows Suite 170, St. Louis MO 63131. The Debtor has vacated the premises.*** | ***Town & Country Investors, LLC<br>1714 Deer Tracks Trail, Suite 100<br>Saint Louis, MO 63131*** |
| 2.5. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra SB AE*** | ***U.S. Fish & Wildlife Service<br>1849 C Street, NW<br>Washington, DC 20240*** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra-RDG JV SB AE*** | ***U.S. Fish & Wildlife Service<br>1849 C Street, NW<br>Washington, DC 20240*** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra-LWPB JV SB AE MATOC*** | ***United States Army Corps of Engineers<br>Julie S. (Shay) Hill<br>Military Contracting Branch<br>2488 E. 81st Street<br>Tulsa, OK 74137*** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | ***Etegra SB (Prime)*** | ***United States Army Corps of Engineers<br>c/o Julie S. (Shay) Hill<br>Military Contracting Branch<br>2488 E. 81st Street<br>Tulsa, OK 74137*** |

Debtor 1 *Etegra, Inc.* Case number (*if known*) *25-24345*

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.9. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | *Etegra COS SB AE (Prime)* | *United States Army Corps of Engineers*<br>*c/o Matthew Milliorn, CEM*<br>*819 Taylor Street*<br>*Room 4A05*<br>*Fort Worth, TX 76102* |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | *Etegra-CEMS SB JV COS AE* | *United States Army Corps of Engineers*<br>*c/o Matthew Milliorn, CEM*<br>*819 Taylor Street*<br>*Room 4A05*<br>*Fort Worth, TX 76102* |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | *Etegra-CCA JV SB AE (USARC)* | *United States Army Corps of Engineers*<br>*c/o Carol Coover-Clark*<br>*1936 Market Street*<br>*Denver, CO 80202* |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | *Etegra-CCA JV SB AE (USAFRC)* | *United States Army Corps of Engineers*<br>*c/o Carol Coover Clark*<br>*1936 Market Street*<br>*Denver, CO 80202* |

Case 25-24345-EPK Doc 138-2 Filed 09/10/25 Page 10 of 11

**United States Bankruptcy Court**
**Southern District of Florida**

In re *Etegra, Inc.* Debtor(s)

Case No. *25-24345*
Chapter *11*

# DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ***X*** ] The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1. remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2. provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
4. filed an amended schedule(s) and summary of schedules; and
5. filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ] The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted)**. I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
1. provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
2. filed an amended schedule(s) or other paper.

[ ] The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
1. remitted the required fee;
2. provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3. filed an amended schedule(s) and summary of schedules.

[ ] None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☑ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: *December 10, 2025*

*/s/ Craig I. Kelley*
Attorney for Debtor (or Debtor, if pro se)

*Craig I. Kelley 782203*
Print Name & Florida Bar Number

*/s/ Achyut Kumar Allady*
*Achyut Kumar Allady*
Debtor

*1665 Palm Beach Lakes Blvd*
*The Forum - Suite 1000*
*West Palm Beach, FL 33401*
Address

*561-491-1200 Fax: 561-684-3773*
*craig@kelleylawoffice.com*
Phone Number