**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

IN RE:
ETEGRA, INC.,
Debtor.
_____________________________________/

CASE NO.: 25-24345 EPK
CHAPTER 11

**NOTICE OF WITHDRAWAL**

Creditor Coover-Clark Associates, Inc. ("Coover-Clark"), by and through undersigned counsel, hereby withdraws its Objection to Approval of First Amended Disclosure Statement and Objection to Confirmation of Amended Plan of Reorganization [Docket No. 119], which concerns the Debtor's Amended Chapter 11 Plan [Docket No. 81] and Amended Disclosure Statement [Docket No. 82].

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via CM/ECF to all parties registered to receive electronic notice in this case on this 14th day of September 2026.

**MICHAEL A. KAUFMAN, PA**
*By: /s/ Michael A. Kaufman*
Michael A. Kaufman, Esquire
Florida Bar Number: 628042
1615 Forum Place, Suite 200
West Palm Beach, Florida 33401
561-478-2878 - Telephone | 561-584-5555 - Fax
michael@mkaufmanpa.com
Attorney for Coover-Clark Associates, Inc.