**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE:
ETEGRA, INC.,

Debtor.
_______________________________________/

CASE NO.: 25-24345 EPK
CHAPTER 11

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of **[Dkt. No. 149] Order Sustaining Debtors Objection to Claim of on David Peters. (Claim Number 3) (Re: # [102])** has been furnished via ECF to parties registered in this case to receive service and via U.S. Mail to the parties listed below this 15th day of September, 2026.

**KELLEY KAPLAN DELANEY & ELLER, PLLC**
Attorneys for the Debtor
1555 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, Florida 33401
Telephone No. (561) 491-1200
Facsimile No. (561) 684-3773
bankruptcy@kelleylawoffice.com

By: /s/ Dana Kaplan
DANA KAPLAN
Fla. Bar No. 44315

**Electronic Mail Notice List**
**The following is the list of parties who are currently on the list to receive email notice/service for this case.**

- **Bryant H Dunivan** bryant@dunivanlaw.com, bryant-dunivan-8470@ecf.pacerpro.com;eservice@theconsumerprotectionattorney.com
- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Dana L Kaplan** dana@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;sarah@kelleylawoffice.com;laurie@kelleylawoffice.com
- **Michael A Kaufman** eservice@mkaufmanpa.com, makpa@ecf.courtdrive.com
- **Craig I Kelley** craig@kelleylawoffice.com, bankruptcy@kelleylawoffice.com; scott@kelleylawoffice.com;kelleycr75945@notify.bestcase.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Christian Somodevilla** Christian.Somodevilla@usdoj.gov, shannon.patterson@usdoj.gov;bridgett.moore@usdoj.gov

**Manual Notice List**
**The following is the list of parties who are not on the list to receive email notice/service for this case (who therefore require manual noticing/service).**

**Etegra, Inc.**
4152 W Blue Heron Blvd
Suite 116
West Palm Beach, FL 33404

**Joseph A. Ott**
**Ott Law Firm, LLC**
75 W. Lockwood Avenue
Webster Groves, MI 63119

**Christopher S. Murphy**
**Texas Attorney General's Office**
**Bankruptcy & Collections Division**
P.O. Box 12548
Austin, TX 78711-2548

**David Peters**
3 Wildwood Circle
St. Louis, MO 63126-1127