**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

IN RE:

ETEGRA, INC.,

Debtor.
_______________________________/

CASE NO.: 25-24345-EPK
CHAPTER 11

**NOTICE OF UNAVAILABILITY AND ABSENCE FROM THE JURISDICTION**

**COMES NOW**, DANA KAPLAN and CRAIG I. KELLEY, counsel for Debtor, ETEGRA, INC., hereby file this Notice of Unavailability and state that they will be absent from the jurisdiction of this Court from **October 12, 2026 through and including October 16, 2026**. It is requested that no hearings, depositions, discovery or any other proceedings be set during that time period and further requests that an extension of time be granted for any discovery or other deadlines which may fall during or immediately after the aforementioned time of period.

Dated: September 15, 2026.

KELLEY KAPLAN DELANEY & ELLER, PLLC
Attorneys for Debtor
1555 Palm Beach Lakes Boulevard
Suite 1000
West Palm Beach, Florida 33401
Telephone: (561) 491-1200
bankruptcy@kelleylawoffice.com

/s/ Dana Kaplan
**Dana L. Kaplan, Esq**.
Florida Bar No.: 44315
Craig I. Kelley, Esq.
Florida Bar No.:782203

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the forgoing was furnished by Notice of Electronic Filing via CM/ECF to all parties registered to receive same on September 15, 2026.

/s/Dana Kaplan
**Dana L. Kaplan, Esq**.
Florida Bar No.: 44315