**ORDERED in the Southern District of Florida on September 16, 2026.**

**Erik P. Kimball**
**United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

IN RE: CASE NO.: 25-24345 EPK
CHAPTER 11

ETEGRA, INC.,

Debtor.
_______________________________/

**ORDER AWARDING FINAL FEES AND COSTS TO KELLEY KAPLAN DELANEY & ELLER, PLLC AS ATTORNEYS FOR THE DEBTOR IN POSSESSION**

THIS CAUSE, having come on for hearing on **September 9, 2026 at 2:00 p.m.**, upon the Supplement to Final Fee Application [Dkt. No. #111] and the Final Fee Application [Dkt. No. #77] submitted by KELLEY KAPLAN DELANEY & ELLER, PLLC, as the attorneys authorized, approved and employed by this estate, and the Court, having reviewed the application, and having taken into consideration

the criteria specified in 11 U.S.C. §§ 326 and 330 and the requirements of Bankruptcy Rule 2016, having heard argument of counsel on the final fee application [Dkt. No. 77] and the supplement to final fee application [Dkt. No. 111] and being otherwise duly advised in the premises, does hereby,

**ORDER AND ADJUDGE:**

1. The Court hereby approves and awards the final [Dkt. No. 77] and supplemental [Dkt. No #111] applications for compensation as referenced above, unpaid amounts and holdback sums previously ordered as well as approves the Order Awarding First Interim Fees and Costs [Dkt. No. 87] on a final basis.

2. Accordingly, at this time, the Debtor is authorized to pay Kelley, Kaplan, Delaney & Eller attorneys' fees in the total amount of $75,432.50 and costs of $1,313.02 for a total amount of **$76,745.52.**

3. KKDE is further authorized to offset the forgoing award of attorneys' fees and costs from funds currently held in its Trust Account and/or from funds that have been remitted by the Debtor as post-petition retainers as approved by the Order Granting the Application to Employ Counsel [Dkt. No. #22]. Any amounts due in excess of funds currently available in the Applicant's trust account shall be paid by the Debtor to KKDE within ten (10) days of the date of this Order. Application of the designated funds in trust is hereby approved for payment forthwith as an administrative priority claim to KKDE for fees incurred and costs reasonably earned by KKDE, as set forth in the final fee application.

4. Jurisdiction is reserved to enforce the terms of the Order and for the

consideration of further fee applications by counsel for the Debtor.

###

**Submitted by:**
Dana Kaplan, Esquire
KELLEY KAPLAN DELANEY & ELLER, PLLC
1555 Palm Beach Lakes Blvd
The Forum - Suite 1000
West Palm Beach, FL 33401
Tel. No. (561) 491-1200
Fax No. (561) 684-3773
e-mail: bankruptcy@kelleylawoffice.com

**Copies furnished to:**

*Dana Kaplan, Esq., is directed to serve copies of this order on the parties listed on the attached mail list and file a Certificate of Service.*